# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| THE CLINCH COALITION, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES FOREST SERVICE, *et al.*, | ) | Case No. 2:21-cv-0003-JPJ-PMS |
| | ) | |
| Federal Defendants, | ) | **ORDER** |
| | ) | |
| and | ) | |
| | ) | |
| AMERICAN LOGGERS COUNCIL, *et al.* | ) | |
| | ) | |
| Intervenor Defendants. | ) | |

For good cause shown, the court hereby **GRANTS** Plaintiffs' and Federal Defendants' Joint Motion for Extension of Time, (Docket Item Nos. 51, 52). Federal Defendants' response to Plaintiffs' pending record motion, (Docket Item No. 47) is due by **August 19, 2021**. Plaintiffs' reply is due by **September 2, 2021**.

ENTERED: August 12, 2021.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE