| AO435 (Rev. 04/18; WDVA Rev. 11/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS **TRANSCRIPT ORDER FORM** | FOR COURT USE ONLY DUE DATE: |
|---|---|---|

*Please Read Instructions on Page 2.*

| 1. **REQUESTOR'S INFORMATION:** | NAME: Samuel Evans | TELEPHONE NUMBER: 828-258-2023 |
|---|---|---|
| DATE OF REQUEST: 3/15/2022 | EMAIL ADDRESS (*Transcript will be emailed to this address.*): sevans@selcnc.org; llafleur@selcnc.org | |
| MAILING ADDRESS: 48 Patton Ave., Suite 304 | | CITY, STATE, ZIP CODE: Asheville, NC 28805 |
| 2. **TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER: Donna Prather  OR   CHECK HERE [ ] IF HEARING WAS RECORDED BY FTR | |
| CASE NUMBER: 2:21-cv-3-JPJ-PMS | CASE NAME: The Clinch Coalition, et al., v. US Forest Service, et al. | JUDGE'S NAME: James P. Jones |
| DATE(S) OF PROCEEDING(S): 3/14/2022 | TYPE OF PROCEEDING(S): Oral Argument Hearing | LOCATION OF PROCEEDING: Zoom |

REQUEST IS FOR: (*Select one*)   [✓] FULL PROCEEDING   OR   [ ] SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):

3. **SERVICE TURNAROUND CATEGORY REQUESTED:**
(*See Page 2 for descriptions of each service turnaround category.*)

[✓] Ordinary (30-Day)          [ ] Daily
[ ] 14-Day                     [ ] Hourly
[ ] Expedited (7-Day)          [ ] RealTime
[ ] 3-Day

4. **CERTIFICATION:**   By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE | SIGNATURE |
|---|---|
| 3/15/2022 | s/ Sam Evans |

If you have any questions, please contact the court reporter coordinator at (540) 857-5152 or by email to CRC@vawd.uscourts.gov.

**Transcript Fee Rates can be found on our website under Standing Orders at:**
http://www.vawd.uscourts.gov/media/1576/transcripts.pdf

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.