UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| THE CLINCH COALITION, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) Case No. 2:21-cv-0003 |
| UNITED STATES FOREST SERVICE, *et al.*, | )<br>) |
| Federal Defendants, | ) **ORDER ON MOTION TO**<br>) **WITHDRAW COUNSEL** |
| and | )<br>) |
| AMERICAN LOGGERS COUNCIL, *et al.* | )<br>) |
| Intervenor Defendants. | )<br>) |

## ORDER

**IT IS ORDERED** that the Motion to Withdraw Counsel is **GRANTED**, and that Susannah Knox shall be removed from all notice of all filings in this case as counsel for Plaintiffs.

ENTER this __29th__ day of ~~October~~ 2023.
September

_____
UNITED STATES DISTRICT JUDGE