# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| THE CLINCH COALITION, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:21-cv-0003-JPJ-PMS |
| UNITED STATES FOREST SERVICE, *et al.*, | ) |
| Federal Defendants, | ) MOTION FOR STATUS CONFERENCE |
| and | ) |
| AMERICAN LOGGERS COUNCIL, *et al.* | ) |
| Intervenor Defendants. | ) |

## **MOTION FOR STATUS CONFERENCE**

Given the parties' disparate positions as reported in ECF No. 119, Plaintiffs request a telephonic status conference with the Court. Plaintiffs have conferred with opposing counsel regarding this motion and are available at the dates described herein. Defendant-Intervenors do not oppose Plaintiffs' request for a telephonic status conference and state that if the Court determines that a status conference is necessary, counsel for Defendant-Intervenors is available the week of August 26–30, 2024. Likewise, Defendants do not oppose Plaintiffs' request for a telephonic status conference and state that if the Court determines that a status conference is necessary, counsel for Defendants is available the week of August 26–30, 2024.

Respectfully submitted on this 14th day of August 2024.

| | |
|---|---|
| *On behalf of Plaintiffs* | <u>*/s/ Sam Evans*</u><br>Sam Evans (N.C. Bar No. 44992)<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>48 Patton Ave, Suite 304<br>Asheville, NC 28801-3321<br>Phone:   (828) 258-2023<br>Fax:       (828) 258-2024<br>sevans@selcnc.org |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the forgoing document was served via CM/ECF system to the parties of record on this 14th day of August 2024.

*s/ Sam Evans*
Sam Evans