TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

JOHN P. TUSTIN, Senior Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044 7611
Phone:   (202) 305 3022
Fax:     (202) 305-0506

CHRISTOPHER R. KAVANAUGH
United States Attorney

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION**

| | |
|---|---|
| THE CLINCH COALITION, *et al.*, | ) Case No. 2:21-cv-0003-JPJ-PMS |
| Plaintiffs, | ) |
| v. | ) JOINT STATUS REPORT AND |
| | ) PROPOSED SCHEDULING ORDER |
| UNITED STATES FOREST SERVICE, *et al.*, | ) |
| Federal Defendants, | ) |
| and | ) |
| AMERICAN LOGGERS COUNCIL, *et al.* | ) |
| Defendant Intervenors. | ) |

The Parties submit this Joint Status Report and Proposed Scheduling Order in accordance with the Court's October 3, 2023 Order, ECF No. 105, and to provide updated information since the Parties' August 1, 2023 Joint Status Report, ECF No. 119.

The Federal Defendants have completed the inter-agency review and have decided not to seek interlocutory review of the Court's July 18 Order. *See id*. at 4. The Parties agree that this matter should proceed to summary judgment briefing. The Parties further agree that the staggered briefing schedule and page limits adopted in Court's original Scheduling Order should apply. *See* ECF No. 34. The Parties further agree that the status conference currently scheduled for August 26 is no longer necessary, but defer to this Court's judgment. The Parties agree upon the following schedule for merits briefing:

1. Federal Defendants will provide the Court and Parties with an electronic copy of the twenty-six (26) CEQ documents and three (3) additional documents (privilege log numbers 166, 167, and 219) that were the subject of the Court's July 18 Order by **August 30, 2024**.
2. Plaintiffs' opening brief shall be due by **October 31, 2024**. Plaintiffs' opening brief is limited to 50 pages.
3. Federal Defendants' cross-motion and response brief shall be due by **December 12, 2024**. Federal Defendants' opening brief is limited to 50 pages.
4. Intervenor Defendants' cross-motion and response brief shall be due by **December 19, 2024**. Intervenor Defendants' opening brief is limited to 35 pages.
5. Plaintiffs' response/reply brief shall be due by **January 16, 2025**. Plaintiffs' closing brief is limited to 30 pages.
6. Federal Defendants' reply brief shall be due by **February 13, 2025**. Federal Defendants' closing brief is limited to 30 pages.
7. Intervenor Defendants' reply brief shall be due by **February 20, 2025**. Intervenor

    Defendants' closing brief is limited to 20 pages.

8. Additional motions not contemplated by this schedule shall be filed in accordance with the local rules of this Court.

A proposed scheduling order is attached to this filing and will be emailed to chambers.

Respectfully submitted on this 23rd day of August 2024.

| | |
|---|---|
| *On behalf of Plaintiffs* | /s/ *Spencer Scheidt (with permission)*<br>Spencer Scheidt<br>SOUTHERN ENVIRONMENTAL LAW CENTER<br>48 Patton Ave, Suite 304<br>Asheville, NC 28801-3321<br>Phone:   (828) 258-2023<br>Fax:      (828) 258-2024<br>sscheidt@selcnc.org |
| *On behalf of Federal Defendants* | TODD KIM<br>Assistant Attorney General<br>Environment and Natural Resources Division<br>United States Department of Justice<br><br>/s/ *John P. Tustin*<br>JOHN P. TUSTIN, Senior Attorney<br>Natural Resources Section<br>P.O. Box 7611<br>Washington, D.C. 20044 7611<br>Phone:   (202) 305 3022<br>Fax:      (202) 305-0506<br><br>CHRISTOPHER R. KAVANAUGH<br>United States Attorney |
| *On behalf of*<br>*Defendant Intervenors* | /s/ *Jay C. Johnson  (with permission)*<br>Jay C. Johnson<br>Virginia Bar #47009 |

VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
jcjohnson@venable.com
Phone:   (202) 344-4020
Fax:     (202) 344-8300

Sara Ghafouri
OSB #111021, *pro hac vice*
AMERICAN FOREST RESOURCE COUNCIL
700 N.E. Multnomah, Suite 320
Portland, OR 97232
sghafouri@amforest.org
Phone:   (503) 222-9505
Fax:     (503) 222-3255