# Exhibit 1

Exhibit 1 – Visual Aid

Table 1: Did the Forest Service have validating data regarding impacts of **special uses ≥5 acres** in the **Southern Appalachians national forests\***?

| Project Name | In Southern Appalachian NF? | Includes special use ≥5 acres? AR 091560–091565 | Includes new disturbance or clearing ≥5 acres? | Has completed questionnaire? AR 091560–091565; AR 094398–094746 | Project fully implemented? | Monitoring provides information about effects of special uses for projects ≥5 acres? | Effects of special use greater than predicted? |
|---|---|---|---|---|---|---|---|
| 1. Idaho Power Company Line 328 Project | No | Yes, reauthorizes existing ROW and approves use of existing roads totaling 329 acres. AR 008238, 008285. | No, approves clearing on only 1.7 acres. AR 008237 (specifying 70-foot width of ROW), 008242 (describing new clearing of 1,060 linear feet of ROW). | Yes. AR 094695 (survey #101). | Yes. Id. | Yes, survey answer based on field inspections. Id. | No. Id. |
| 2. Minnesota Department of Transportation Allied Radio Matrix for Emergency Response | No | No. AR 005758 (one acre at each of four sites). | No. Id. | Yes. AR 094703 (survey #104), 030057. | Yes. AR 030057. | Yes. Id. | No. Id. |
| 3. Bicknell Culinary Water System Improvement Project | No | No, only 2.3 acres. AR 004631. | No. Id. | Yes. AR 094500 (survey #36). | Yes. Id. | Yes. Id. | No. Id. |
| 4. Wood Bison Project | No | Yes, 138 acres of pasture. AR 006813. | Yes. Id. | Yes AR 094424 (survey #10) | Likely yes, although survey reports clearing only "approximately 100 acres." Id. | Yes. Id. | No. Id. |
| 5. Questar Main Line 3, Weber | No | Yes, approx. 42 acres. AR 012784 | No, approves replacement of | Yes. | Unclear if fully implemented at | Yes. Id. | No, but unclear if monitoring was of |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Canyon Replacement | | | pipeline in existing ROW, using existing roads and staging areas. AR 012757. | AR 094447 (survey #18). | time of monitoring. Id. | | completed project. Id. |
| 6. Horsethief Canyon Landfill Closure | No | Yes, 17.8 acres. AR 013819. | No, approves final closure of existing landfill. Id. | Yes AR 094450 (survey #19). Attachment at AR 026374. | Unclear. Id. See also AR 026374 (interim report). | Yes. Id. | No, but unclear if monitoring was of completed project. Id. |
| 7. Hunters Creek Road Right-of-way Conveyance | No | Yes, 13.7 total NF acres in permit area. AR 020126. | Unclear, because the 13.7 acres includes the existing road ROW. Id. | Yes. AR 094479 (survey #29). | No. Id. ("no ground disturbance has occurred yet"). | | |
| 8. Mountain Line Replacement Project | No | Yes, 78 NF acres. AR 023620. | Unclear because the 78 acres includes existing pipeline ROW and roadway. | Yes. AR 094640 (survey #83). | No, only approximately 10% at time of survey. Id. | Yes. Id. | Survey reports "no," but project was not fully implemented. Id. |
| 9. Smithers RAPRA | No | Yes, 147 acres. AR 091561. | Expanded permit area by 61 acres and authorized additional clearing and construction within permit area. AR 019878, 019880. However, all permitted actions were within contaminated military base site. AR 019880, 094631. | Yes. AR 094631 (survey #80). | Yes. Id. | Yes. Id. | No. Id. |
| 10. North Fork Lake Dam SUP | No | Yes, raising dam height would inundate an | Yes. Id. | No | | | |

| | | additional 39 acres. AR 009041. | | | | | |
|---|---|---|---|---|---|---|---|
| 11. Triangle Mountain Wireless Communications Facility | No | Yes, 8.35 acres. AR 002779. | Yes. Id. | No | | | |
| 12. Macks Inn Sewer Expansion | No | Yes, 50 acres. AR 091561. | Unclear, because there are no primary documents for the project in the AR. | No | | | |
| 13. Recreation Residences Standards and Guidelines and Camp Cherokee Master Plan Approval | Yes | Yes, 14 acres. AR 010840. | Yes. Id. | No | | | |
| 14. CDOT Highway 133 Debris Dump Site and Placita Roadside Landscaping | No | Yes, 9.17 acres. AR 018945. | Yes. Id. | No | | | |
| 15. TPF II East Texas Gathering, LLC – Newfield-Huxley Gas Pipeline Special Use Permit | No | Yes, 40 acres. AR 013003-04. | Yes. Id. | No | | | |
| 16. Battle Creek Canyon Culinary Water Pipeline Project | No | Unclear. Total permit area approx. 5 acres. AR 023348, 023358 (a ROW of 5,600 linear feet by 35 feet, or 4.5 acres, plus staging area of | No. AR 023361 (disclosing 3.2 acres of disturbance, including staging). | No | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | unspecified size). See also AR 091562 (listing impact at 5 acres). | | | | |
| 17. City of Huntsville Sewer Line | No | No, 2.6 acres. AR 006988. | No. Id. | No | | |
| 18. Dry Wash Reservoir and Pipeline Project | No | Yes, 28.2 acres. AR 016095. | Yes, 15.7 acres. Id. | No | | |
| 19. NoaNet Fiber Optic Cable Permit Issuance | No | Yes, 77 acres. AR 003933. | No, to be installed on existing utility poles and buried in existing ROW. Id. | No | | |
| 20. American Transmission Company (ATC) – 6904/6905 Powerline Rebuild | No | Yes, total permit area 147 acres. AR 001007. | Yes, approx. 29 acres of new clearing. AR 001007 (12.1 linear miles), 003912 (20 feet additional clearing width). | No | | |
| 21. Ameren Powerline Reconstruction Project | No | Yes, total acreage unclear. See AR 018400 (13 acres of clearing), 020676 (describing work in existing ROW in addition to clearing). | Yes. AR 018400 (13 acres of clearing). | No | | |
| 22. Duke Energy – Hankin Lin | Yes | Yes, 26 acres. AR 006609. | Yes, 8.7 acres of additional clearing along existing ROW. Id. | No | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 23. APS Gray Wolf/Waste Management 12 kV power line | No | Yes, 13.9 acres. AR 004092. | No, within existing highway ROW. Id. | No | | |
| 24. Staker Relocation | No | Yes, 10 acres. AR 025028 (1/2 mile of 150-foot ROW, or about 9 acres), 025033 (1.05 acres for access). | Yes. Id. | No | | |
| 25. APS NO1 Youngs to Mormon Lake 69kV Power Line | No | Yes, 172.51 acres. AR 018662. But see AR 091562 (stating 102 acres). | Yes. Id. | No | | |
| 26. Goldfield Cellular Site | No | No. AR 011376, 091562. | No. Id. | No | | |
| 27. Tusayan East Wireless Communications Sites Project | No | No. AR 025230, 091562. | No. Id. | No | | |
| 28. Odell Butte AT&T Communications Facility Construction | No | No. AR 006008, 091562. | No. Id. | No | | |
| 29. Questar Gas Company Feeder Line 24 Replacement Project | No | No, 2.6 acres. AR 016841. See also AR 091562. | No. Id. | No | | |
| 30. Energen Resource Corporation Oil and Gas Production | No | Yes, 5.9 acres. AR 020660. | No, 3.4 new acres. Id. | No | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Facility Special Use Authorization | | | | | | | |
| 31. Enbridge Line 5 Pipeline Inspection and Maintenance Project | No | No, 1.26 acres. AR 011946. | No. Id. | No | | | |
| 32. Toms Creek Powerline | No | No, <1 acre. AR 020066. | No. Id. | No | | | |
| 33. City & Borough of Juneau Snow Disposal Site Analysis | No | No, 2 acres. AR 003274. | No. Id. | No | | | |
| 34. Land Bridge Road, Bridge Relocation Project | No | No, "one to three acres." AR 015507. | No. Id. | Yes. AR 094733 (survey #114), 029904. But see AR 091563 (indicating no survey). | Yes. Id. | Yes. Id. | Yes. Although intended to reduce impacts to water quality, AR 016508, project failed to achieve that goal and did not prevent potentially significant effects. AR 029905. |
| | | | | | | | |
| 35. Strawberry Ridge Utility Improvement Project | No | No, 2.31 acres. AR 005450. But see 091563 (stating 5 acres). | No. Id. | No | | | |
| 36. Town of Payson-Cragin Water Treatment Plant and Pipeline Corridor Project | No | Yes. AR 002049 (selecting Alt. 2 pipeline and Alt. 7 treatment plant), 001866 (7 acres), 001946 (up to 352 acres). | Yes. Id. | No | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 37. Black Hills Electric Cooperative (BHEC) | No | Yes, 15.3 acres. AR 010095 (selecting Alt. 3), 092384. | Yes. Id. | No | | | |
| 38. Town of Gypsum – LEDE Reservoir Enlargement | No | Yes, 32.2 total acres. AR 008569. | Yes, 7.4 acres additional inundation by expanded reservoir. Id. | No | | | |
| 39. Southern Black Hills Water System | No | Yes, 19.5 acres. AR 001986. But see AR 091563 (stating 65 acres). | Yes. Id. | No | | | |
| 40. Intermountain Rural Electric (I-REA) Distribution Line | No | Yes, 9.55 miles. AR 011091. | Yes, 8.19 acres. Id. | No | | | |
| 41. Berkely County Road Improvements and Powerline Relocation | No | Yes,6.95 acres. AR 005788. | No. AR 005787 ("surface improvements to … existing roadway"). | No | | | |
| 42. Otero County Electric Cooperative—Biscuit Hill Transmission Line | No | Yes, up to 24 acres. AR 009121. | Yes. Id. | No | | | |
| 43. Flying H. Ranch Special Use Permit Request | No | Yes, 35 acres. AR 007915. But see 091563 (stating 138 acres). | No. AR 007916 (continuation of historic use). | No | | | |
| 44. Oneok Rockies Midstream, L.L.C. | No | Yes, 24 acres. AR 005776, 091564. | Yes. Id. | No | | | |
| 45. Scott County Phase III East 80 Rural Water | No | Yes, 15.53 acres. AR 011436. | Yes, Id. | No | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 46. Laurel Creek Property Owners Association Access Across National Forest System Lands | Yes | No. AR 024015 (selecting Alt. B), 023436 (providing acres for Alt. B). | No. | No | | |
| 47. Special Uses – Dutton Ditch Permit Issuance | No | Yes, 15 acres. AR 015151. | No. See AR 015103 (explaining that the permitted uses are "ongoing"). | No | | |
| 48. Bend Surface Water Improvement Project | No | Yes, 121 acres. AR 013374. | Yes, between 22.25 and 23.2 acres. AR 103409. | No | | |
| 49. ROE Zipline; Project name change to Cascade Canopy and Zipline Tours Project | No | Yes, 76 acres. AR 017935. | No, on site of ski resort and would involve minimal tree removal or pruning. AR 014128, 014135. | No | | |
| 50. Columbia Gas Pipeline | Yes | Yes, 13 acres. AR 013692. | Unclear. See AR 012717, 012707, 012722 (explaining that existing 30-foot ROW is within the permit area, and new ROW will be 40 feet wide, but permit allows impacts up to 125 feet wide). | No | | |
| 51. Tibble Fork Dam | No | Yes, approx. 26 acres. See AR 019018, 019030. | Yes, approx. 16.1 acres. See id. | No | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 52. SUFCO Special Use Permit Modification | No | Yes, 19.2-acre permit area. AR 016182. | Unclear. See id. (explaining that only 9 acres would be modified and "much of this area has already been altered by past mine developments"). | No | | |
| 53. Bass Lake Water Company Water Treatment Plant Project | No | No, 1.5 acres. AR 022083. | No. Id. | No | | |
| 54. Gaston-Yellow Dirt Transmission Line | No | Yes, 12.22 acres. AR 016712. | Unclear, because permit authorizes replacing existing structures on existing ROW and widening existing roads. 016701. | No | | |
| 55. Red Butte Cinder Pit Expansion | No | Yes, 16 acres. AR 020259. | Yes. Id. | No | | |
| 56. Walnut Creek Center for Education and Research and Southern Experimental Garden Array | No | Yes, 285 acres. AR 020100. But see AR 091564 (listing 10 acres and omitting 275 acres permitted for monitoring and educational use). | Yes, fencing of 10 acres with "some clearing" within. Id. | No | | |
| 57. Plains All American Pipeline, L.P. Line 63 Re-Route | No | Yes, 18.5 acres. AR 018034. | Yes, id. | No | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 58. Atwood Dam Repair Project | No | Yes, 160 acres. | Unclear. "approximately five acres" for worksite and campsite for workers, plus 155-acre grazing area for horse and pack stock. Id. | No | | |
| 59. Town of Mountain Village Waterline Extension Project | No | Yes, 11.7 acres. AR 019621. | No, construction within existing permitted ROW. AR 019620. | No | | |
| 60. Beaver Park Reservoir | No | Yes, 17.52 acres. AR 021188. | No, permit authorizing lands already inundated. AR 020640. | No | | |
| 61. South Central Utah Telephone Association | No | Yes, 8.53 acres. AR 021448 (24,770 linear feet with 15-foot width) | Unclear. Substantial portions run along existing roads. AR 021450-51. | No | | |
| 62. AEP South Bluefield-Wythe 88 kV Transmission Line Rebuild | Yes | Unclear. Table lists 14 acres, AR 091565, but no primary documents are available to confirm. | Unclear without primary project documents to confirm acres. | No | | |

**\*The Southern Appalachians** include the George Washington and Jefferson National Forests in Virginia, the Pisgah and Nantahala National Forests in North Carolina, the Cherokee National Forest in Tennessee, and the Chattahoochee National Forest in Georgia.

Table 2: Did the Forest Service have validating data regarding impacts of **special uses ≥5 acres** in the **Southern Region (Region 8)\*\***?

| Project Name | In Southern Region (R8)? | Includes special use ≥5 acres? AR 091560–091565 | Includes new disturbance or clearing ≥5 acres? | Has completed questionnaire or monitoring? AR 091560–091565; AR 094398–094746 | Project fully implemented? | Monitoring provides information about effects of special uses for projects ≥5 acres? | Effects of special use greater than predicted? |
|---|---|---|---|---|---|---|---|
| 1. Idaho Power Company Line 328 Project | No | Yes, reauthorizes existing ROW and approves use of existing roads totaling 329 acres. AR 008238, 008285. | No, approves clearing on only 1.7 acres. AR 008237 (specifying 70-foot width of ROW), 008242 (describing new clearing of 1,060 linear feet of ROW). | Yes. AR 094695 (survey #101). | Yes. Id. | Yes, survey answer based on field inspections. Id. | No. Id. |
| 2. Minnesota Department of Transportation Allied Radio Matrix for Emergency Response | No | No. AR 005758. | No. Id. | Yes. AR 094703 (survey #104), 030057. | Yes. AR 030057. | Yes. Id. | No. Id. |
| 3. Bicknell Culinary Water System Improvement Project | No | No, only 2.3 acres. AR 004631. | No. Id. | Yes. AR 094500 (survey #36). | Yes. Id. | Yes. Id. | No. Id. |
| 4. Wood Bison Project | No | Yes, 138 acres of pasture. AR 006813. | Yes. Id. | Yes AR 094424 (survey #10) | Unclear. Survey reports clearing "approximately 100 acres." Id. | Yes. Id. | No. Id. |
| 5. Questar Main Line 3, Weber Canyon Replacement | No | Yes, approx. 42 acres. AR 012784 | No, approves replacement of pipeline in existing ROW, using existing | Yes. AR 094447 (survey #18). | Unclear if fully implemented at time of monitoring. Id. | Yes. Id. | No, but unclear if monitoring was of completed project. Id. |

| | | | roads and staging areas. AR 012757. | | | | |
|---|---|---|---|---|---|---|---|
| 6. Horsethief Canyon Landfill Closure | No | Yes, 17.8 acres. AR 013819. | No, approves final closure of existing landfill. Id. | Yes AR 094450 (survey #19). Attachment at AR 026374. | Unclear. Id. See also AR 026374 (interim report). | Yes. Id. | No, but unclear if monitoring was of completed project. Id. |
| 7. Hunters Creek Road Right-of-way Conveyance | No | Yes, 13.7 total NF acres in permit area. AR 020126. | Unclear, because the 13.7 acres includes the existing road ROW. Id. | Yes. AR 094479 (survey #29). | No. Id. ("no ground disturbance has occurred yet"). | | |
| 8. Mountain Line Replacement Project | No | Yes, 78 NF acres. AR 023620. | Unclear because the 78 acres includes existing pipeline ROW and roadway. | Yes. AR 094640 (survey #83). | No, only approximately 10% at time of survey. Id. | Yes. Id. | Survey reports "no," but project was only minimally implemented at the time. Id. |
| 9. Smithers RAPRA | No | Yes, 147 acres. AR 091561. | Expanded permit area by 61 acres and authorized additional clearing and construction within permit area. AR 019878, 019880. However, all permitted actions were within contaminated military base site. AR 019880, 094631. | Yes. AR 094631 (survey #80). | Yes. Id. | Yes. Id. | No. Id. |
| 10. North Fork Lake Dam SUP | No | Yes, raising dam height would inundate an additional 39 acres. AR 009041. | Yes. Id. | No | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11. Triangle Mountain Wireless Communications Facility | No | Yes, 8.35 acres. AR 002779. | Yes. Id. | No | | | |
| 12. Macks Inn Sewer Expansion | No | Yes, 50 acres. AR 091561. | Unclear, because unlike the other projects there are no primary documents for the project in the AR. | No | | | |
| 13. Recreation Residences Standards and Guidelines and Camp Cherokee Master Plan Approval | Yes (Cherokee) | Yes, 14 acres. AR 010840. | Yes, expanded existing camp from 44 to 58 acres. Id. | No | | | |
| 14. CDOT Highway 133 Debris Dump Site and Placita Roadside Landscaping | No | Yes, 9.17 acres. AR 018945. | Yes. Id. | No | | | |
| 15. TPF II East Texas Gathering, LLC – Newfield-Huxley Gas Pipeline Special Use Permit | No | Yes, 40 acres. AR 013003-04. | Yes. Id. | No | | | |
| 16. Battle Creek Canyon Culinary Water Pipeline Project | No | Unclear. Total permit area approx. 5 acres. AR 023348, 023358 (a ROW of 5,600 linear feet by 35 feet, or 4.5 acres, plus staging area of | No. AR 023361 (disclosing 3.2 acres of disturbance, including staging). | No | | | |

| | | unspecified size). See also AR 091562 (listing impact at 5 acres). | | | | | |
|---|---|---|---|---|---|---|---|
| 17. City of Huntsville Sewer Line | Yes (Sam Houston) | No, 2.6 acres. AR 006988. | No. Id. | No | | | |
| 18. Dry Wash Reservoir and Pipeline Project | No | Yes, 28.2 acres. AR 016095. | Yes, 15.7 acres. Id. | No | | | |
| 19. NoaNet Fiber Optic Cable Permit Issuance | No | Yes, 77 acres. AR 003933. | No, to be installed on existing utility poles and buried in existing ROW. Id. | No | | | |
| 20. American Transmission Company (ATC) – 6904/6905 Powerline Rebuild | No | Yes, total permit area 147 acres. AR 001007. | Yes, approx. 29 acres of new clearing. AR 001007 (12.1 linear miles), 003912 (20 feet additional clearing width). | No | | | |
| 21. Ameren Powerline Reconstruction Project | Eastern (Shawnee) | Yes, total acreage unclear. See AR 018400 (13 acres of clearing), 020676 (describing work in existing ROW in addition to clearing). | Yes. AR 018400 (13 acres of clearing). | No | | | |
| 22. Duke Energy – Hankin Lin | Yes (Pisgah) | Yes, 26 acres. AR 006609. | Yes, 8.7 acres of additional clearing along existing ROW. Id. | No | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 23. APS Gray Wolf/Waste Management 12 kV power line | No | Yes, 13.9 acres. AR 004092. | No, within existing highway ROW. Id. | No | | |
| 24. Staker Relocation | No | Yes, 10 acres. AR 025028 (1/2 mile of 150-foot ROW, or about 9 acres), 025033 (1.05 acres for access). | Yes. Id. | No | | |
| 25. APS NO1 Youngs to Mormon Lake 69kV Power Line | No | Yes, 172.51 acres. AR 018662. But see AR 091562 (stating 102 acres). | Yes. Id. | No | | |
| 26. Goldfield Cellular Site | No | No. AR 011376, 091562. | No. Id. | No | | |
| 27. Tusayan East Wireless Communications Sites Project | No | No. AR 025230, 091562. | No. Id. | No | | |
| 28. Odell Butte AT&T Communications Facility Construction | No | No. AR 006008, 091562. | No. Id. | No | | |
| 29. Questar Gas Company Feeder Line 24 Replacement Project | No | No, 2.6 acres. AR 016841. See also AR 091562. | No. Id. | No | | |
| 30. Energen Resource Corporation Oil and Gas Production | Neither | Yes, 5.9 acres. AR 020660. | No, 3.4 new acres. Id. | No | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Facility Special Use Authorization | | | | | | | |
| 31. Enbridge Line 5 Pipeline Inspection and Maintenance Project | No | No, 1.26 acres. AR 011946. | No. Id. | No | | | |
| 32. Toms Creek Powerline | No | No, <1 acre. AR 020066. | No. Id. | No | | | |
| 33. City & Borough of Juneau Snow Disposal Site Analysis | No | No, 2 acres. AR 003274. | No. Id. | No | | | |
| 34. Land Bridge Road, Bridge Relocation Project | Yes (Francis Marion-Sumter) | No, "one to three acres." AR 015507. | No. Id. | Yes. AR 094733 (survey #114), 029904. But see AR 091563 (indicating no survey). | Yes. Id. | Yes. Id. | Yes. Although intended to reduce impacts to water quality, AR 016508, project failed to achieve that goal and did not prevent potentially significant effects. AR 029905. |
| 35. Strawberry Ridge Utility Improvement Project | No | No, 2.31 acres. AR 005450. But see 091563 (stating 5 acres). | No. Id. | No | | | |
| 36. Town of Payson-Cragin Water Treatment Plant and Pipeline Corridor Project | No | Yes. AR 002049 (selecting Alt. 2 pipeline and Alt. 7 treatment plant), 001866 (7 acres), 001946 (up to 352 acres). | Yes. Id. | No | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 37. Black Hills Electric Cooperative (BHEC) | No | Yes, 15.3 acres. AR 010095 (selecting Alt. 3), 092384. | Yes. Id. | No | | |
| 38. Town of Gypsum – LEDE Reservoir Enlargement | No | Yes, 32.2 total acres. AR 008569. | Yes, 7.4 acres additional inundation by expanded reservoir. Id. | No | | |
| 39. Southern Black Hills Water System | No | Yes, 19.5 acres. AR 001986. But see AR 091563 (stating 65 acres). | Yes. Id. | No | | |
| 40. Intermountain Rural Electric (I-REA) Distribution Line | No | Yes, 9.55 miles. AR 011091. | Yes, 8.19 acres. Id. | No | | |
| 41. Berkely County Road Improvements and Powerline Relocation | Yes (Francis Marion-Sumter) | Yes,6.95 acres. AR 005788. | No. AR 005787 ("surface improvements to ... existing roadway"). | No | | |
| 42. Otero County Electric Cooperative—Biscuit Hill Transmission Line | No | Yes, up to 24 acres. AR 009121. | Yes. Id. | No | | |
| 43. Flying H. Ranch Special Use Permit Request | No | Yes, 35 acres. AR 007915. But see 091563 (stating 138 acres). | No. AR 007916 (continuation of historic use). | No | | |
| 44. Oneok Rockies Midstream, L.L.C. | No | Yes, 24 acres. AR 005776, 091564. | Yes. Id. | No | | |
| 45. Scott County Phase III East 80 Rural Water | Yes (Ouachita) | Yes, 15.53 acres. AR 011436. | Yes, Id. | No | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 46. Laurel Creek Property Owners Association Access Across National Forest System Lands | Yes (NFs in NC) | No. AR 024015 (selecting Alt. B), 023436 (providing acres for Alt. B). | No. | No | | |
| 47. Special Uses – Dutton Ditch Permit Issuance | No | Yes, 15 acres. AR 015151. | No. See AR 015103 (explaining that the permitted uses are "ongoing"). | No | | |
| 48. Bend Surface Water Improvement Project | Neither | Yes, 121 acres. AR 013374. | Yes, between 22.25 and 23.2 acres. AR 103409. | No | | |
| 49. ROE Zipline; Project name change to Cascade Canopy and Zipline Tours Project | Neither | Yes, 76 acres. AR 017935. | No, on site of ski resort and would involve minimal tree removal or pruning. AR 014128, 014135. | No | | |
| 50. Columbia Gas Pipeline | Yes (GW-Jefferson) | Yes, 13 acres. AR 013692. | Unclear. See AR 012717, 012707, 012722 (explaining that existing 30-foot ROW is within the permit area, and new ROW will be 40 feet wide, but permit allows impacts up to 125 feet wide). | No | | |
| 51. Tibble Fork Dam | Neither | Yes, approx. 26 acres. See AR 019018, 019030. | Yes, approx. 16.1 acres. See id. | No | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 52. SUFCO Special Use Permit Modification | Neither | Yes, 19.2-acre permit area. AR 016182. | Unclear. See id. (explaining that only 9 acres would be modified and "much of this area has already been altered by past mine developments"). | No | | | |
| 53. Bass Lake Water Company Water Treatment Plant Project | No | No, 1.5 acres. AR 022083. | No. Id. | No | | | |
| 54. Gaston-Yellow Dirt Transmission Line | Southern (NFs in AL) | Yes, 12.22 acres. AR 016712. | Unclear, because permit authorizes replacing existing structures on existing ROW and widening existing roads. 016701. | No | | | |
| 55. Red Butte Cinder Pit Expansion | No | Yes, 16 acres. AR 020259. | Yes. Id. | No | | | |
| 56. Walnut Creek Center for Education and Research and Southern Experimental Garden Array | No | Yes, 285 acres. AR 020100. But see AR 091564 (listing 10 acres and omitting 275 acres permitted for monitoring and educational use). | Yes, fencing of 10 acres with "some clearing" within. Id. | No | | | |
| 57. Plains All American Pipeline, L.P. Line 63 Re-Route | No | Yes, 18.5 acres. AR 018034. | Yes, id. | No | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 58. Atwood Dam Repair Project | No | Yes, 160 acres. | Unclear. "approximately five acres" for worksite and campsite for workers, plus 155-acre grazing area for horse and pack stock. Id. | No | | | |
| 59. Town of Mountain Village Waterline Extension Project | No | Yes, 11.7 acres. AR 019621. | No, construction within existing permitted ROW. AR 019620. | No | | | |
| 60. Beaver Park Reservoir | No | Yes, 17.52 acres. AR 021188. | No, permit authorizing lands already inundated. AR 020640. | No | | | |
| 61. South Central Utah Telephone Association | No | Yes, 8.53 acres. AR 021448 (24,770 linear feet with 15-foot width) | Unclear. Substantial portions run along existing roads. AR 021450-51. | No | | | |
| 62. AEP South Bluefield-Wythe 88 kV Transmission Line Rebuild | Yes (GW-Jefferson) | Unclear. Table lists 14 acres, AR 091565, but no primary documents are available to confirm. | Unclear without primary project documents to confirm acres. | No | | | |

**Region 8** includes Alabama, Arkansas, Florida, Georgia, Kentucky, Louisiana, Mississippi, North Carolina, Oklahoma, South Carolina, Tennessee, Texas, Virginia, and Puerto Rico.