# Exhibit 2

Exhibit 2 – Visual Aid

Table 1: Did the Forest Service have validating data regarding impacts of **new permanent road construction** in the **Southern Appalachian national forests\***?

| Project Name | In Southern Appalachian NF? | Includes new road construction? | Has completed questionnaire? AR 091584–091589; AR 094398–094746 | Road construction fully implemented? | Monitoring provides information about effects of permanent road construction? | Effects of permanent road construction greater than predicted? |
|---|---|---|---|---|---|---|
| 1. Redfish Lake Complex – Road and Bridge Construction | No | Yes, approximately 1.0 miles. AR 001796 (selecting Alt. 2), 001732 (describing Alt. 2). | Yes. AR 094530 (survey #46), 022135 (post-project report). | Bridge replacement implemented; unclear if road construction was. Id. | No, only bridge replacement and associated road relocation. Id. | Survey response states "no," but no monitoring was provided for new road construction. Id. |
| 2. Northeast Lake | No | No. DN at AR 007965. | Yes. AR 094634 (survey #81). | | | |
| 3. Rennic Stark Project | No | No. DN at AR 008025. | Yes. AR 094568 (survey #59). | | Speaks to "[s]ite visits" which were done "post harvest, particularly in cable logged units," but does not mention road construction. | |
| 4. Corral Creek Road Relocation and Restoration | No | Yes, approximately 0.35 miles. AR 014237, 091447. | Yes. AR 094518 (survey #42), 014052 (project accomplishment report), 021034 (contemporaneous notes), 021037 (same). | Yes, new road construction was implemented, though the overall project was not fully implemented. AR 014052. | Unclear. Reports that engineer was on site during road construction but "[e]ffectiveness monitoring has not been completed due to lack of funds." AR 094518. | Survey response states "no," but monitoring was not completed. Id. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5. Seven Cabins Road Realignment | No | Yes, 0.8 miles. AR 017949 (selecting Alt. 2), 017917-18 (describing Alt. 2.), 091447. | Yes AR 094698 (survey #102) | Unclear whether fully or partially implemented. Reports only "visual monitoring during implementation." Id. | Yes. Id. | Survey response states "no," but monitoring apparently did not assess effects post-implementation. Id. |
| 6. Bridge Replacement and Rehabilitation on NSFR 150 | No | No. AR 013073, 091447. | Yes. AR 094643 (survey #84). | | | Note, however that non-road-construction actions did have excessive impacts. AR 094643-44 (reporting effects to the Gila trout "more intense" than expected due to "fail[ure] to maintain timeline oriented [best management practices]"). |
| 7. Interior Vegetation Management Project | No | Yes, 9 miles. AR 016570 (Table 3), 091447. | Yes AR 094637 (survey #82). | Unclear if fully implemented. Id. | No. Id. (describing monitoring for timber harvest, not road construction). | Note, however, that the non-road-construction actions did have excessive impacts. Trees left in place along highway for visual quality objectives (a Forest Plan requirement) were cut, with effects that will exceed prediction in |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | analysis. AR 091337, 094637, 030173 (summarizing information at row 52, column P). |
| 8. Fraser Flat Bridge Replacement | No | No. AR 008540, 091447. | Yes. AR 094727 (survey #112). | | | |
| 9. Slack Weiss Analysis Area | No | Yes, 1.4 miles. AR 023725, 091447. | Yes. AR 094542 (survey #50), 094557 (survey #55). | No. AR 094557 (hydrologist reporting "No"). See also AR 094542 (explaining that most of the project was not "feasible"). | No. Id. See also AR 094542 (discussing impacts of timber harvest), AR 094557 (declining to answer about observed project impacts). | |
| 10. Land Bridge Road, Bridge Relocation | No | No. AR 016502-03, 091447. | Yes AR 029904-07 (initial questionnaire response), 094733-34 (survey #114). | | | N/A. Note, however, that the bridge replacement, which was intended to reduce impacts to water quality caused by the existing road, AR 016508, failed to achieve that goal and did not prevent potentially significant effects. AR 029905. |
| 11. Pole Creek Road Reroute | No | No. AR 016525, 091447. | Yes. AR 094527 (survey #45). | | | |

| | | | | | |
|---|---|---|---|---|---|
| 12. 1136 Spur Road Project | No | Yes, 700 feet. AR 021195; see also AR 091447 (0.13 miles). | Yes. AR 094444 (survey #17). | Yes. Id. | Yes. Id | No. Id. |
| 13. Fourche Mountain Ecosystem Management Unit | No | Yes, 0.45 miles. AR 025284, 091447. | Yes AR 094406 (#4, Other Resource Assistant), 094515 (survey #41, NEPA Coordinator) | Unclear if fully implemented. Id. | Unclear if new road construction was monitored. Id. | Survey response states "no," but unclear whether monitoring was conducted for new road construction. Id. |
| 14. Brown Creek-Lower Maumelle | No | No. AR 024341, 091447. | Yes. AR 094649 (survey #86). | | | |
| 15. Marshall Woods Restoration Project | No | No. AR 022331. But see 091447 (incorrectly reporting 0.2 miles of road construction). | No | | | |
| 16. Elkhorn Project | No | Yes, 0.26 miles. AR 000792. | No | | | |
| 17. Aquatic Organism Passage Restoration | No | No. AR 001526, 091447. | No | | | |
| 18. Dragon Project | No | No. AR 014152, 091447. | No | | | |
| 19. Soquel Ditch Bridge Replacement | No | No. AR 016210, 091447. | No | | | |
| 20. 1900 Flood Repair | No | No. AR 003984-85, 091447. | No | | | |
| 21. Forest Service Road 1501 Floor Repair | No | No. AR 013021, 091447. | No | | | |

| 22. Forest Service Road 3300 Flood Repair | No | No. AR 017101-02, 091447. | No | | | |
|---|---|---|---|---|---|---|
| 23. Forest Service Road System 1700 Flood Repair | No | No. AR 011335-36, 091447. | No | | | |
| 24. East Fork Ecosystem Management Unit – Compartments 264-269 | No | No. AR 023921, 091447. | No | | | |
| 25. Munson Sandhills II Analysis Area | No | No. AR 012936-37, 091447. | No | | | |
| 26. Spring Creek | Yes | No. AR 005520, 091447. | No | | | |
| 27. Telogia Analysis Area | No | No. AR 014880. | No | | | |
| 28. Eastern Off-highway Vehicle Connector | No | Yes, 0.1 miles. AR 006466, 091447. | No | | | |
| 29. Eastside Road and Trail Repairs | No | No. AR 006520-21, 091447. | No | | | |
| 30. Mount Avery Spur Road | No | Yes, 330 feet. AR 024963; see also AR 091447 (0.06 miles). | No | | | |
| 31. Redboat Resource Management Project | No | Yes, 3.2 miles. AR 014064, 091447. | No | | | |
| 32. Slippery Brook Road Reconstruction | No | No. AR 009129, 091447. | No | | | |

| | | | | | |
|---|---|---|---|---|---|
| 33. Lena Beach Recreation Area | No | No. AR 020715-16, 091447. | No | | |
| 34. Improvements for Neck Lake and El Capitan Cave Roads | No | No. AR 025544, 091447. | No | | |
| 35. North Fork Access | No | Yes, 0.25 miles. AR 020497, 091447. | No | | |
| 36. Sheep Dip Project | No | Yes, 0.3 miles. AR 016489, 091447. | No | | |
| 37. Bonnerdale | No | Yes. 0.7 miles. AR 024036, 091448. | No | | |
| 38. Buffalo Key Mountain | No | Yes. 0.75 miles. DN at AR 005800, 091448. | No | | |
| 39. Lower South Fork | No | Yes, 1 mile. AR 025446, 091448. | No | | |
| 40. Parks | No | Yes, 2 miles. AR 002113, 091448. | No | | |
| 41. Mountain Fork Watershed | No | Yes, 2.4 miles. AR 003906 (selecting Alt. 2), 002827 (describing Alt. 2), 091448. | No | | |
| 42. Little Fir Watershed Management | No | Yes, 2.5 miles. AR 009069-70, 091448. | No | | |
| 43. Fork Mountain Vegetation Management | Yes | Yes, 3.9 miles. DN at AR 023996, 091448. | No | | |
| 44. Rudyard | No | Yes, 4.3 miles. AR 016227, 091448. | No | | |
| 45. Salmon West | No | Yes, 8.5 total miles, 7.7 of which  was | No | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | located on "existing corridors" rather than new ground disturbance. AR 013259, 091448. | | | | |
| 46. Bud Project | No | No. AR 013055, 013057, 091448. | No | | | |
| 47. Willett Creek, Forest Service Road 226 Reroute Project | No | No. 021362, 091448. | No | | | |
| 48. Deer Creek Road Realignment | No | No. AR 025122, 091448. | No | | | |
| 49. C63 Project | No | No. AR 020357, 091448. | No | | | |
| 50. Greasy Creek | No | No. AR 004584, 091448. | No | | | |
| 51. Smith Mountain Project | No | No. AR 002064, 091448. | No | | | |
| 52. Calico Rock Project | No | No. DN at AR 022127, 091448. | No | | | |
| 53. Upper Lake Winona | No | No. DN at AR 024971, 091448. | No | | | |

**\*The Southern Appalachian national forests** include the George Washington and Jefferson National Forests in Virginia, the Pisgah and Nantahala National Forests in North Carolina, the Cherokee National Forest in Tennessee, and the Chattahoochee National Forest in Georgia.

Table 2: Did the Forest Service have validating data regarding impacts of **new permanent road construction** in the **Southern Region (Region 8**)**?

| Project Name | In Southern Region (Region 8)? | Includes new road construction? | Has completed questionnaire? AR 091584–091589; AR 094398–094746 | Road construction fully implemented? | Monitoring provides information about effects of permanent road construction? | Effects of permanent road construction greater than predicted? |
|---|---|---|---|---|---|---|
| 1. Redfish Lake Complex – Road and Bridge Construction | No | Yes, approximately 1.0 miles. AR 001796 (selecting Alt. 2), 001732 (describing Alt. 2). | Yes. AR 094530 (survey #46), 022135 (post-project report). | Bridge replacement implemented; unclear if road construction was. Id. | No, only bridge replacement and associated road relocation. Id. | Survey response states "no," but no monitoring was provided for new road construction. Id. |
| 2. Northeast Lake | No | No. DN at AR 007965. | Yes. AR 094634 (survey #81). | | | |
| 3. Rennic Stark Project | No | No. DN at AR 008025. | Yes. AR 094568 (survey #59). | | Speaks to "[s]ite visits" which were done "by post harvest, particularly in cable logged units," but which do not mention roads. | |
| 4. Corral Creek Road Relocation and Restoration | No | Yes, approximately 0.35 miles. AR 014237, 091447. | Yes. AR 094518 (survey #42), 014052 (project accomplishment report), 021034 (contemporaneous notes), 021037 (same). | Yes, new road construction was implemented, though the overall project was not fully implemented. AR 014052. | Unclear. Reports that engineer was on site during road construction but "[e]ffectiveness monitoring has not been completed due to lack of funds." AR 094518. | Survey response states "no," but monitoring was not completed. Id. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5. Seven Cabins Road Realignment | No | Yes, 0.8 miles. AR 017949 (selecting Alt. 2), 017917-18 (describing Alt. 2.), 091447. | Yes AR 094698 (survey #102) | Unclear whether fully or partially implemented. Reports only "visual monitoring during implementation." Id. | Yes. Id. | Survey response states "no," but monitoring apparently did not assess effects post-implementation. Id. |
| 6. Bridge Replacement and Rehabilitation on NSFR 150 | No | No. AR 013073, 091447. | Yes. AR 094643 (survey #84). | | | Yes. AR 094643-44 (reporting effects to the Gila trout "more intense" than expected due to "fail[ure] to maintain timeline oriented [best management practices]"). |
| 7. Interior Vegetation Management Project | No | Yes, 9 miles. AR 016570 (Table 3), 091447. | Yes AR 094637 (survey #82). | Unclear if fully implemented. Id. | Yes. Id. | Yes. Trees left in place along highway for visual quality objectives (a Forest Plan requirement) were cut, with effects that will exceed prediction in analysis. AR 091337, 094637, 030173 (summarizing information at row 52, column P). |
| 8. Fraser Flat Bridge Replacement | No | No. AR 008540, 091447. | Yes. AR 094727 (survey #112). | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9. Slack Weiss Analysis Area | No | Yes, 1.4 miles. AR 023725, 091447. | Yes. AR 094542 (survey #50), 094557 (survey #55). | No. AR 094557 (hydrologist reporting "No"). See also AR 094542 (explaining that most of the project was not "feasible"). | No. Id. See also AR 094542 (discussing impacts of timber harvest), AR 094557 (declining to answer about observed project impacts). | |
| 10. Land Bridge Road, Bridge Relocation | Yes (Francis Marion-Sumter) | No. AR 016502-03, 091447. | Yes AR 029904-07 (initial questionnaire response), 094733-34 (survey #114). | | | N/A. Note that the bridge relocation, which was intended to reduce impacts to water quality caused by existing road, AR 016508, failed to achieve that goal and did not prevent potentially significant effects. AR 029905. |
| 11. Pole Creek Road Reroute | No | No. AR 016525, 091447. | Yes. AR 094527 (survey #45). | | | |
| 12. 1136 Spur Road Project | No | Yes, 700 feet. AR 021195; see also AR 091447 (0.13 miles). | Yes. AR 094444 (survey #17). | Yes. Id. | Yes. Id | No. Id. |
| 13. Fourche Mountain Ecosystem Management Unit | Yes (Ouachita) | Yes, 0.45 miles. AR 025284, 091447. | Yes AR 094406 (#4, Other Resource Assistant), 094515 (survey #41, NEPA Coordinator) | Unclear if fully implemented. Id. | Unclear if new road construction was monitored. Id. | Survey response states "no," but unclear whether monitoring was conducted for new road construction. Id. |
| 14. Brown Creek-Lower Maumelle | Yes (Ouachita) | No. AR 024341, 091447. | Yes. | | | |

| | | | AR 094649 (survey #86). | | | |
|---|---|---|---|---|---|---|
| 15. Marshall Woods Restoration Project | No | No. AR 022331. But see 091447 (incorrectly reporting 0.2 miles of road construction). | No | | | |
| 16. Elkhorn Project | No | Yes, 0.26 miles. AR 000792. | No | | | |
| 17. Aquatic Organism Passage Restoration | No | No. AR 001526, 091447. | No | | | |
| 18. Dragon Project | No | No. AR 014152, 091447. | No | | | |
| 19. Soquel Ditch Bridge Replacement | No | No. AR 016210, 091447. | No | | | |
| 20. 1900 Flood Repair | No | No. AR 003984-85, 091447. | No | | | |
| 21. Forest Service Road 1501 Floor Repair | No | No. AR 013021, 091447. | No | | | |
| 22. Forest Service Road 3300 Flood Repair | No | No. AR 017101-02, 091447. | No | | | |
| 23. Forest Service Road System 1700 Flood Repair | No | No. AR 011335-36, 091447. | No | | | |
| 24. East Fork Ecosystem Management Unit – Compartments 264-269 | Yes (Ouachita) | No. AR 023921, 091447. | No | | | |

| | | | | | |
|---|---|---|---|---|---|
| 25. Munson Sandhills II Analysis Area | Yes (NFs in FL) | No. AR 012936-37, 091447. | No | | |
| 26. Spring Creek | Yes (Cherokee) | No. AR 005520, 091447. | No | | |
| 27. Telogia Analysis Area | Yes (NFs in FL) | No. AR 014880. | No | | |
| 28. Eastern Off-highway Vehicle Connector | No | Yes, 0.1 miles. AR 006466, 091447. | No | | |
| 29. Eastside Road and Trail Repairs | No | No. AR 006520-21, 091447. | No | | |
| 30. Mount Avery Spur Road | No | Yes, 330 feet. AR 024963; see also AR 091447 (0.06 miles). | No | | |
| 31. Redboat Resource Management Project | No | Yes, 3.2 miles. AR 014064, 091447. | No | | |
| 32. Slippery Brook Road Reconstruction | No | No. AR 009129, 091447. | No | | |
| 33. Lena Beach Recreation Area | No | No. AR 020715-16, 091447. | No | | |
| 34. Improvements for Neck Lake and El Capitan Cave Roads | No | No. AR 025544, 091447. | No | | |
| 35. North Fork Access | No | Yes, 0.25 miles. AR 020497, 091447. | No | | |
| 36. Sheep Dip Project | No | Yes, 0.3 miles. AR 016489, 091447. | No | | |

| | | | | | |
|---|---|---|---|---|---|
| 37. Bonnerdale | Yes (Ouachita) | Yes. 0.7 miles. AR 024036, 091448. | No | | |
| 38. Buffalo Key Mountain | Yes (Ouachita) | Yes. 0.75 miles. DN at AR 005800, 091448. | No | | |
| 39. Lower South Fork | Yes (Ouachita) | Yes, 1 mile. AR 025446, 091448. | No | | |
| 40. Parks | Yes (Ouachita) | Yes, 2 miles. AR 002113, 091448. | No | | |
| 41. Mountain Fork Watershed | Yes (Ouachita) | Yes, 2.4 miles. AR 003906 (selecting Alt. 2), 002827 (describing Alt. 2), 091448. | No | | |
| 42. Little Fir Watershed Management | Yes (Ouachita) | Yes, 2.5 miles. AR 009069-70, 091448. | No | | |
| 43. Fork Mountain Vegetation Management | Yes (GW-Jeff) | Yes, 3.9 miles. DN at AR 023996, 091448. | No | | |
| 44. Rudyard | No | Yes, 4.3 miles. AR 016227, 091448. | No | | |
| 45. Salmon West | No | Yes, 8.5 total miles, 7.7 of which was located on "existing corridors" rather than new ground disturbance. AR 013259, 091448. | No | | |
| 46. Bud Project | No | No. AR 013055, 013057, 091448. | No | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 47. Willett Creek, Forest Service Road 226 Reroute Project | No | No. 021362, 091448. | No | | | |
| 48. Deer Creek Road Realignment | No | No. AR 025122, 091448. | No | | | |
| 49. C63 Project | Yes (NFs in TX) | No. AR 020357, 091448. | No | | | |
| 50. Greasy Creek | No | No. AR 004584, 091448. | No | | | |
| 51. Smith Mountain Project | Yes (Ouachita) | No. AR 002064, 091448. | No | | | |
| 52. Calico Rock Project | Yes (Ozark-St. Francis) | No. DN at AR 022127, 091448. | No | | | |
| 53. Upper Lake Winona | Yes (Ouachita) | No. DN at AR 024971, 091448. | No | | | |

**Region 8** includes Alabama, Arkansas, Florida, Georgia, Kentucky, Louisiana, Mississippi, North Carolina, Oklahoma, South Carolina, Tennessee, Texas, Virginia, and Puerto Rico.