# Exhibit 3

Exhibit 3 – Visual Aid

Table 1: Did the Forest Service have validating data regarding impacts of **commercial logging** projects in the **Southern Appalachian national forests*?**

| Project Name | In Southern Appalachian NFs? | Includes commercial logging? AR 091592 – 091599 | Has completed questionnaire or other monitoring information? | Project fully implemented? | Monitoring provides information about effects of commercial logging? | Effects of comm. logging greater than predicted? |
|---|---|---|---|---|---|---|
| 1. Arrowhawk Hazardous Fuels Reduction Project | No | Yes | Yes. AR 094459 (survey #22 by Fuels Specialist), 094473 (survey #27 by Forest Planner). | Unclear whether actions were fully implemented. Id. | Unclear which actions were monitored. Id. | Survey response states "no," but unclear whether monitoring was conducted for logging. Id. |
| 2. Bald Fire Salvage and Restoration | No | Yes | No | | | |
| 3. Barnyard South Sheep | No | Yes | Yes AR 094427 (survey #11). | No, not implemented fully or partially. Id. | No, project not implemented at time of survey. Id. | |
| 4. Bigelow-Newaygo Project | No | Yes | Yes. AR 094595 (survey #68), 025906 (post-sale inspection report by state agency attached to survey). | Unclear whether actions were fully implemented. Id (monitoring pertaining to a single timber sale, not the full project). | Yes. Id. | Survey response states "no," AR 094595, but inspection report shows damage to "residual" trees was "not acceptable." AR 025906. |
| 5. Biggie Vegetation Management and Fuels Reduction Project | No | Yes | No | | | |
| 6. Black Locust Fuelwood | No | Yes | No | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7. Bucks Lake Hazardous Fuels Reduction Project | No | Yes | No | | | |
| 8. Charlie Preston | No | Yes | Yes. AR 094409 (survey #5), AR 011372-74 (interdisciplinary team field review attached to survey response). | No, only partially. See AR 011373 (observations in a "unit [that] has not been logged"). | Yes. Id. | Survey response states "no," but attached notes explain several impacts outside of NEPA analysis: "less canopy and fewer trees than envisioned [in the] analysis," AR 011372, "snags" cut down that the wildlife analysis said would be retained, AR 011373, and failure to disclose a temporary road for a track line machine, id. |
| 9. Cherokee Park Project | No | Yes | No | | | |
| 10. Davy Crockett Red-cockaded Woodpecker Prescribe Burn Project | No | No | No | | | |
| 11. Deep Creek Watershed Improvement Project | No | No | No | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12. Deer Pen Restoration Project | No | Yes | No | | | |
| 13. Dry Restoration | No | Yes | Yes. AR 094497 (survey #35). | Unclear whether actions were fully implemented. Id. | Yes. Id. | No, but unclear how much of approved logging was completed at the time of monitoring. Id. |
| 14. East Wedge | No | Yes | No | | | |
| 15. Elkhorn Project | No | Yes | No | | | |
| 16. Escalante Forest Restoration Project | No | Yes | Yes. AR 094571 (survey #60). | No, only partially. Id. ("on track to complete its ten year treatment goals"). | Yes. Id. | No, but logging was not yet complete at time of monitoring. Id. |
| 17. French Fire Recovery and Reforestation Project | No | Yes | No | | | |
| 18. Gooseberry Ecological Restoration | No | Yes | No | | | |
| 19. Gordon Hill Vegetation Management Project | No | Yes | No | | | |
| 20. Grass Flat Hazardous Fuels Reduction and Forest Health Restoration Project | No | Yes | No | | | |
| 21. Grizzly Fire Salvage and Restoration | No | Yes | No | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 22. Hams Fork Vegetation | No | Yes | No | | | |
| 23. Hopkins Prairie Fire Salvage | No | Yes | Yes. AR 094441 (survey #16, Supervisory Biologist) AR 094565 (survey #58, Forest Planner). | No, only partially. AR 094565. | Yes. AR 094441, 094565. | No, but logging was not fully implemented. AR 094565. |
| 24. Interior Vegetation Management Project | No | Yes | Yes. AR 094637 (survey #82), 091336-39 (implementation notes), 025661 (letter memorializing project changes). | No, only partially. AR 091336 (monitoring was a "snapshot in time" of a project scheduled to be completed between 2031 and 2033). | Yes. Id. | Yes. Trees left in place along highway for visual quality objectives (a Forest Plan requirement) were cut, with effects that will exceed prediction in analysis. AR 091337, 094637, 030173 (summarizing information at row 52, column P). |
| 25. Iron Springs Vegetation Improvement and Salvage Project | No | Yes | No | | | |
| 26. Julius Park Vegetation Management Project | No | Yes | No | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 27. Junction Vegetation Management Project | No | Yes | No | | | |
| 28. Keola Fuels and Forest Health | No | Yes | No | | | |
| 29. Kidhaw Wildlife Habitat Improvement Project | No | Yes | Yes. AR 094512 (survey #40). | Unclear whether actions were fully implemented. Id. | No, monitoring only for "adherence to standards and guidelines," not for effects. Id. | Survey answer reports "no," but monitoring did not evaluate effects. Id. |
| 30. Larson Forest Restoration Project | No | Yes | Yes. AR 094604 (survey #71, District Ranger) 094610 (survey #73, Forester-Silviculturist). | Unclear whether actions were fully implemented. Id. | No, monitoring only for implementation. AR 094610 (marking and cutting, adherence to mitigation measures). | Survey answer reports "no," but monitoring did not evaluate effects. Id. |
| 31. Lemon Butte Project Environmental Assessment | No | Yes | No | | | |
| 32. Lower Skokomish Vegetation Management Project | No | Yes | Yes. AR 094536 (survey #48). | No, not implemented fully or partially. Id. | | |
| 33. Macedonia EA | No | Yes | No | | | |
| 34. Marshall Woods Restoration Project | No | Yes | Yes. AR 094583 (survey #64). | Unclear whether actions were fully implemented. Id. | Unclear. Id. | Survey answer reports "no," but unclear whether this answer pertains to logging. Id. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 35. Martin Creek Resource Management Project | No | Yes | No | | | |
| 36. Middle Bugs | No | Yes | No | | | |
| 37. Millsteck | No | Yes | No | | | |
| 38. Mitchell Spring Vegetation Improvement Project | No | Yes | No | | | |
| 39. Morrison Run | No | Yes | No | | | |
| 40. Mower Tract Restoration | No | No | Yes. AR 094658 (survey #89). | No, not implemented fully or partially. Id. | | |
| 41. North Heber Salvage Project | No | Yes | Yes. AR 094482 (survey #30). | Unclear whether actions were fully implemented. Id. | Yes. Id. | No, but unclear how much of approved logging was completed at the time of monitoring. Id. |
| 42. North Shore Restoration Project | No | Yes | No | | | |
| 43. Ocala Fuel Reduction Mowing | No | No | No | | | |
| 44. Pine Ridge Landscape Restoration Project | No | Yes | No | | | |
| 45. Pipeline Northwest Restoration Plan | No | Yes | No | | | |
| 46. Red Hill Restoration Plan | No | Yes | No | | | |
| 47. Reedy Timber Sale Project | No | Yes | No | | | |

| 48. Renshaw Vegetation Management Project EA | No | Yes | Yes. AR 094453 (survey #20, Soil Scientist), 094456 (survey #21, Heritage Program Manager), 094462 (survey #23, Hydrology), and 094488 (survey #32, Wildlife Biologist). | No, only partially. AR 094453 (project was "being implemented" and not completed); see also AR 094488. | Hydrologist mentions "field visits," AR 094462, but soil scientist clarifies that project was ongoing and no post-harvest monitoring had been done. AR 094453. | Survey answers state "no," but no post-logging monitoring had been conducted. AR 094453. |
|---|---|---|---|---|---|---|
| 49. Roy Creek | No | Yes | No | | | |
| 50. Sagehen Project | No | No | No | | | |
| 51. Salmon West | No | Yes | Yes. AR 094628 (survey #79) | Unclear whether actions were fully implemented. Id. | No. Id. (respondent had no knowledge of monitoring). | Survey answer reports "no," but monitoring did not evaluate effects. Id. |
| 52. Sandbox Vegetation Management | No | Yes | No | | | |
| 53. Shores | No | Yes | No | | | |
| 54. Smith Mountain Project | No | Yes | Yes. AR 094646 (survey #85) | Unclear whether actions were fully implemented. Id. | Unclear whether "normal contract execution" includes post-logging monitoring. Id. | Survey answer states "no," but unclear whether and how much logging was monitored. Id. |
| 55. Soldier Bay Analysis Area | No | Yes | No | | | |
| 56. South Bridger Interface Project EA | No | Yes | No | | | |
| 57. South Summit Forest and Fuels II | No | Yes | Yes. AR 094533 (survey #47, District Ranger), 094560 | No, only partially. Compare AR 094533 (describing monitoring) with AR | Yes. AR 094533 (describing monitoring of timber harvesting with | No, but unclear how much logging had been implemented. Id. |

| | | | (survey #56), 094577 (survey #62), and 094580 (survey #63, Fuels-AFMO). | 094577 (explaining that the respondent was "unable to assess [effects] at this time" because the project was incomplete). | Defendant-Intervenor) | |
|---|---|---|---|---|---|---|
| 58. Southern Creek Ouachita River | No | Yes | No | | | |
| 59. Spring Gulch Timber Sale | No | Yes | No | | | |
| 60. Sulphur Forest Restoration Project | No | Yes | Yes. AR 094667 (survey #92). | Unclear whether actions were fully implemented. Id. | Yes. Id. | No, but unclear how much logging had been implemented. Id. |
| 61. Telogia Analysis Area | No | Yes | No | | | |
| 62. Toll Joe | No | Yes | No | | | |
| 63. Upper Lake Winona | No | Yes | No | | | |
| 64. Upper Skokomish Vegetation Management Project | No | Yes | No | | | |
| 65. Watson Hill LLLC Vegetation Management and Timber Sale Project | No | Yes | No | | | |
| 66. West Slope Wildland-Urban Interface Hazardous Fuels Reduction Project | No | No | No | | | |

| 67. Westside Collaboration Vegetation Management Project | No | Yes | No | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 68. Windy Project | No | Yes | No | | | |

**\*The Southern Appalachian national forests** include the George Washington and Jefferson National Forests in Virginia, the Pisgah and Nantahala National Forests in North Carolina, the Cherokee National Forest in Tennessee, and the Chattahoochee National Forest in Georgia.

Table 2: Table 1: Did the Forest Service have validating data regarding impacts of **commercial logging** projects in the **Southern Region (Region 8**)**?

| Project Name | In Southern Region (R8)? | Includes commercial logging? AR 091592 – 091599 | Has completed questionnaire or other monitoring information? | Project fully implemented? | Monitoring provides information about effects of commercial logging? | Effects of comm. logging greater than predicted? |
|---|---|---|---|---|---|---|
| 1. Arrowhawk Hazardous Fuels Reduction Project | No | Yes | Yes. AR 094459 (survey #22 by Fuels Specialist), 094473 (survey #27 by Forest Planner). | Unclear whether actions were fully implemented. Id. | Unclear which actions were monitored. Id. | Survey response states "no," but unclear whether monitoring was conducted for logging. Id. |
| 2. Bald Fire Salvage and Restoration | No | Yes | No | | | |
| 3. Barnyard South Sheep | No | Yes | Yes AR 094427 (survey #11). | No, not implemented fully or partially. Id. | No, project not implemented at time of survey. Id. | |
| 4. Bigelow-Newaygo Project | No | Yes | Yes. AR 094595 (survey #68), 025906 (post-sale inspection report by state agency attached to survey). | Unclear whether actions were fully implemented. Id (monitoring pertaining to a single timber sale, not the full project). | Yes. Id. | Survey response states "no," AR 094595, but inspection report shows damage to "residual" trees was "not acceptable." AR 025906. |
| 5. Biggie Vegetation Management and Fuels Reduction Project | No | Yes | No | | | |
| 6. Black Locust Fuelwood | No | Yes | No | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7. Bucks Lake Hazardous Fuels Reduction Project | No | Yes | No | | | |
| 8. Charlie Preston | No | Yes | Yes. AR 094409 (survey #5), AR 011372-74 (interdisciplinary team field review attached to survey response). | No, only partially. See AR 011373 (observations in a "unit [that] has not been logged"). | Yes. Id. | Survey response states "no," but attached notes explain several impacts outside of NEPA analysis: "less canopy and fewer trees than envisioned [in the] analysis," AR 011372, "snags" cut down that the wildlife analysis said would be retained, AR 011373, and failure to disclose a temporary road for a track line machine, id. |
| 9. Cherokee Park Project | No | Yes | No | | | |
| 10. Davy Crockett Red-cockaded Woodpecker Prescribe Burn Project | Yes (NFs in TX) | No | No | | | |
| 11. Deep Creek Watershed Improvement Project | No | No | No | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12. Deer Pen Restoration Project | Yes (NFs in AL) | Yes | No | | | |
| 13. Dry Restoration | No | Yes | Yes. AR 094497 (survey #35). | Unclear whether actions were fully implemented. Id. | Yes. Id. | No, but unclear how much of approved logging was completed at the time of monitoring. Id. |
| 14. East Wedge | No | Yes | No | | | |
| 15. Elkhorn Project | No | Yes | No | | | |
| 16. Escalante Forest Restoration Project | No | Yes | Yes. AR 094571 (survey #60). | No, only partially. Id. ("on track to complete its ten year treatment goals"). | Yes. Id. | No, but logging was not yet complete at time of monitoring. Id. |
| 17. French Fire Recovery and Reforestation Project | No | Yes | No | | | |
| 18. Gooseberry Ecological Restoration | No | Yes | No | | | |
| 19. Gordon Hill Vegetation Management Project | No | Yes | No | | | |
| 20. Grass Flat Hazardous Fuels Reduction and Forest Health Restoration Project | No | Yes | No | | | |
| 21. Grizzly Fire Salvage and Restoration | No | Yes | No | | | |

| 22. Hams Fork Vegetation | No | Yes | No | | | |
|---|---|---|---|---|---|---|
| 23. Hopkins Prairie Fire Salvage | Yes (NFs in FL) | Yes | Yes. AR 094441 (survey #16, Supervisory Biologist) AR 094565 (survey #58, Forest Planner). | No, only partially. AR 094565. | Yes. AR 094441, 094565. | No, but logging was not fully implemented. AR 094565. |
| 24. Interior Vegetation Management Project | No | Yes | Yes. AR 094637 (survey #82), 091336-39 (implementation notes), 025661 (letter memorializing project changes). | No, only partially. AR 091336 (monitoring was a "snapshot in time" of a project scheduled to be completed between 2031 and 2033). | Yes. Id. | Yes. Trees left in place along highway for visual quality objectives (a Forest Plan requirement) were cut, with effects that will exceed prediction in analysis. AR 091337, 094637, 030173 (summarizing information at row 52, column P). |
| 25. Iron Springs Vegetation Improvement and Salvage Project | No | Yes | No | | | |
| 26. Julius Park Vegetation Management Project | No | Yes | No | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 27. Junction Vegetation Management Project | No | Yes | No | | | |
| 28. Keola Fuels and Forest Health | No | Yes | No | | | |
| 29. Kidhaw Wildlife Habitat Improvement Project | Yes (NFs in TX) | Yes | Yes. AR 094512 (survey #40). | Unclear whether actions were fully implemented. Id. | No, monitoring only for "adherence to standards and guidelines," not for effects. Id. | Survey answer reports "no," but monitoring did not evaluate effects. Id. |
| 30. Larson Forest Restoration Project | No | Yes | Yes. AR 094604 (survey #71, District Ranger) 094610 (survey #73, Forester-Silviculturist). | Unclear whether actions were fully implemented. Id. | No, monitoring only for implementation. AR (marking and cutting, adherence to mitigation measures). | Survey answer reports "no," but monitoring did not evaluate effects. Id. |
| 31. Lemon Butte Project Environmental Assessment | No | Yes | No | | | |
| 32. Lower Skokomish Vegetation Management Project | No | Yes | Yes. AR 094536 (survey #48). | No, not implemented fully or partially. Id. | | |
| 33. Macedonia EA | Yes (Francis Marion-Sumter) | Yes | No | | | |
| 34. Marshall Woods Restoration Project | No | Yes | Yes. AR 094583 (survey #64). | Unclear whether actions were fully implemented. Id. | Unclear. Id. | Survey answer reports "no," but unclear whether this answer pertains to logging. Id. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 35. Martin Creek Resource Management Project | No | Yes | No | | | |
| 36. Middle Bugs | No | Yes | No | | | |
| 37. Millsteck | No | Yes | No | | | |
| 38. Mitchell Spring Vegetation Improvement Project | No | Yes | No | | | |
| 39. Morrison Run | No | Yes | No | | | |
| 40. Mower Tract Restoration | No | No | Yes. AR 094658 (survey #89). | No, not implemented fully or partially. Id. | | |
| 41. North Heber Salvage Project | No | Yes | Yes. AR 094482 (survey #30). | Unclear whether actions were fully implemented. Id. | Yes. Id. | No, but unclear how much of approved logging was completed at the time of monitoring. Id. |
| 42. North Shore Restoration Project | No | Yes | No | | | |
| 43. Ocala Fuel Reduction Mowing | Yes (NFs in FL) | No | No | | | |
| 44. Pine Ridge Landscape Restoration Project | No | Yes | No | | | |
| 45. Pipeline Northwest Restoration Plan | Yes (NFs in AL) | Yes | No | | | |
| 46. Red Hill Restoration Plan | No | Yes | No | | | |
| 47. Reedy Timber Sale Project | Yes (Francis Marion-Sumter) | Yes | No | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 48. Renshaw Vegetation Management Project EA | No | Yes | Yes. AR 094453 (survey #20, Soil Scientist), 094462 (survey #23, Hydrology), and 094488 (survey #32, Wildlife Biologist). | No, only partially. AR 094453 (project was "being implemented" and not completed); see also AR 094488. | Hydrologist mentions "field visits," AR 094462, but soil scientist clarifies that project was ongoing and no post-harvest monitoring had been done. AR 094453. | Survey answers state "no," but no post-logging monitoring had been conducted. AR 094453. |
| 49. Roy Creek | No | Yes | No | | | |
| 50. Sagehen Project | No | No | No | | | |
| 51. Salmon West | No | Yes | Yes. AR 094628 (survey #79) | Unclear whether actions were fully implemented. Id. | No. Id. (respondent had no knowledge of monitoring). | Survey answer reports "no," but monitoring did not evaluate effects. Id. |
| 52. Sandbox Vegetation Management | No | Yes | No | | | |
| 53. Shores | No | Yes | No | | | |
| 54. Smith Mountain Project | Yes (Ouachita) | Yes | Yes. AR 094646 (survey #85) | Unclear whether actions were fully implemented. Id. | Unclear whether "normal contract execution" includes post-logging monitoring. Id. | Survey answer states "no," but unclear whether and how much logging was monitored. Id. |
| 55. Soldier Bay Analysis Area | Yes (NFs in FL) | Yes | No | | | |
| 56. South Bridger Interface Project EA | No | Yes | No | | | |
| 57. South Summit Forest and Fuels II | No | Yes | Yes. AR 094533 (survey #47, District Ranger), 094560 | No, only partially. Compare AR 094533 (describing monitoring) with AR | Yes. AR 094533 (describing monitoring of timber harvesting with | No, but unclear how much logging had been implemented. Id. |

| | | | (survey #56), 094577 (survey #62), and 094580 (survey #63, Fuels-AFMO). | 094577 (explaining that the respondent was "unable to assess [effects] at this time" because the project was incomplete). | Defendant-Intervenor) | |
|---|---|---|---|---|---|---|
| 58. Southern Creek Ouachita River | Yes (Ouachita) | Yes | No | | | |
| 59. Spring Gulch Timber Sale | No | Yes | No | | | |
| 60. Sulphur Forest Restoration Project | No | Yes | Yes. AR 094667 (survey #92). | Unclear whether actions were fully implemented. Id. | Yes. Id. | No, but unclear how much logging had been implemented. Id. |
| 61. Telogia Analysis Area | Yes (NFs in FL) | Yes | No | | | |
| 62. Toll Joe | No | Yes | No | | | |
| 63. Upper Lake Winona | Yes (Ouachita) | Yes | No | | | |
| 64. Upper Skokomish Vegetation Management Project | No | Yes | No | | | |
| 65. Watson Hill LLLC Vegetation Management and Timber Sale Project | Yes (Francis Marion-Sumter) | Yes | No | | | |
| 66. West Slope Wildland-Urban Interface Hazardous Fuels Reduction Project | No | No | No | | | |

| 67. Westside Collaboration Vegetation Management Project | No | Yes | No | | | |
|---|---|---|---|---|---|---|
| 68. Windy Project | No | Yes | No | | | |

**Region 8** includes Alabama, Arkansas, Florida, Georgia, Kentucky, Louisiana, Mississippi, North Carolina, Oklahoma, South Carolina, Tennessee, Texas, Virginia, and Puerto Rico.