**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| THE CLINCH COALITION, *et al.*, | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES FOREST SERVICE, *et al.*, | ) | |
| | ) | |
|    Federal Defendants, | ) | Case No. 2:21-cv-0003-JPJ-PMS |
| | ) | |
|  and | ) | |
| | ) | |
| AMERICAN LOGGERS COUNCIL, *et al.* | ) | |
| | ) | |
|    Intervenor Defendants. | ) | |
| | ) | |
| | ) | |

**DECLARATION OF SHARON FISHER**

I, Sharon Fisher, declare as follows:

1.     My name is Sharon Fisher, and I live in Big Stone Gap, Virginia. This declaration is based on my personal knowledge, information, and belief. I am over the age of eighteen (18) and suffer from no legal incapacity. I submit this declaration in support of The Clinch Coalition ("TCC"), which is one of several organizations challenging new regulations promulgated by the United States Forest Service ("USFS")

2.     The Clinch Coalition ("TCC") is a nonprofit, public interest organization with a Joint Plan of Work through 501(c)(3) Virginia Organizing. It is based in Southwest Virginia, with its principal place of business in Wise, Virginia. I am a Governing Board member, and since the fall of 2020 I have served as TCC's President. As the President, I ensure the functions of the organization are carried out, supervise staff members, and lead the monthly meetings of TCC's Board. I am familiar with The Clinch Coalition's work, mission, and membership. I have

1

lived in four communities adjacent to the Clinch Ranger District of the Jefferson National Forest (JNF) for the past 35 years.

3.      Staff members of The Clinch Coalition include a part-time Development Director and a part-time Administrator. We are currently seeking to hire a part-time Graphic Arts/Social Media staff member. TCC's Board and its members volunteer their time to assist with the majority of the work of The Clinch Coalition.

4.      The Clinch Coalition was formed in 1998 by citizens concerned about the Forest Service's proposal for the Bark Camp timber sale near High Knob. High Knob's forests and watersheds are a source of drinking water, prevent flooding, and give our community a place for safe and enriching recreation. During this time, it became clear that there was a need for members of the public who use the National Forest and visit the Clinch Ranger District to organize and weigh in on Forest Service management proposals that potentially threatened important resources. The Clinch Coalition was formed to do just that. That founding purpose remains the heart of our mission today.

5.      The Clinch Coalition is a community-based association of individuals whose core mission is to protect and preserve the forest lands, wildlife, and watersheds of the Jefferson National Forest and surrounding communities for present and future generations. We believe that appreciating, understanding, and protecting our environment is essential to improving our quality of life, health, and wellbeing. TCC is composed of a multigenerational group of people who are passionate about preserving our environment.

6.      We achieve our mission through a myriad of tactics aimed at leveraging our knowledge, relationships, and resources to secure effective management of the forest. We are particularly focused on protecting and preserving the natural heritage, unique ecosystems, and

2

environmental integrity of High Knob, the Clinch Ranger District, and supporting the protection of other forests and public lands throughout the country. Our campaign to defend these areas is built around a forest watch program which holds the Forest Service accountable for their management decisions in our National Forest. To that end, TCC participates in the development and NEPA review of many projects around High Knob and elsewhere on the Clinch Ranger District and Jefferson National Forest by commenting on USFS vegetation management scoping proposals, inquiring about USFS logging decision making, and on-the-ground monitoring of logging operations for Best Management Practices in cooperation with Clinch Ranger District staff.

7.    The Clinch Coalition also advances our priorities by cultivating future advocates through community engagement. For example, TCC members lead guided tours in the forest to find mushrooms, flowers, salamanders, and more. We publish newsletters, maintain a website and Facebook page, and extend our outreach to the public schools, most recently by providing a copy of *Teach the Clinch*, a K-12 environmental guide, to every environmental teacher in five school systems.

8.    The Clinch Coalition also holds an annual High Knob Naturalist Rally that is free and open to the public. Throughout the Rally, experts, educators, and knowledgeable naturalists with federal, state and local agencies and organizations lead guided tours in the forest and explore the unique world of southwest Virginia with presentations on a wide array of program topics. For example, the 2023 Rally topics included guided tours in the forest for the following: High Knob geology, fungi, wild edibles, salamanders, frogs, ferns, butterflies and insects, maple tree identification, and forest ecology. Presentation were provided on reptiles, rabies, and water testing.  Activities for children included making bird houses from gourds. The 2024 Rally was

canceled due to the impact of Hurricane Helene, which resulted in the High Knob region being closed by the Clinch Ranger District because of the vast destruction of trees, making entrance inaccessible.

9. As part of promoting ecotourism, TCC also hosts an annual 10k High Knob Hellbender Race that begins in downtown Norton and climbs more than 2,000 feet to the summit of High Knob.

10. The need to protect the national forest here is critical. High Knob and the surrounding area, known as the High Knob massif, is ecologically significant on a local, regional, and even global scale. Not surprisingly, other conservation groups like The Nature Conservancy have identified this area as a key stronghold for biodiversity, water quality, and long-term ecological resiliency. Of course, this area is also part of the larger Southern Blue Ridge Mountains, which are themselves perhaps the most biologically diverse region of comparable size in the continental United States.

11. This area is also popular for recreation, including hiking, backpacking and camping, mountain biking, swimming, picnicking, hunting, fishing, studying nature, birdwatching, photography, and sightseeing. Our board, staff, and members enjoy participating in these activities. High Knob is situated on the northern slope of Stone Mountain, and nearby features include Flag Rock, Eagle Rock, Osborn Rock, and Robinson Knob. There are many other areas of interest around, including High Knob Lake; Little Stony Falls and the Little Stony National Recreation Trail; Devil's Bathtub; Chief Benge's Scout Trail; Bark Camp Lake; Lake Keokee; the Guest River Gorge; and Stone Mountain Wilderness. These recreational and scenic opportunities are very important to the local economies, which are increasingly reliant on outdoor recreation and ecotourism as they struggle to diversify in a post-coal world.

4

12.     These mountains provide drinking water to many in the area. Indeed, the Clinch District contains many sources of public drinking water supplies, including the North Fork of the Pound Reservoir serving Pound; the Flanagan Reservoir serving portions of Dickenson and Buchanan Counties; Big Cherry Reservoir serving Big Stone Gap, my personal source of water; and water for the town of Duffield. There are also reservoirs that provide water for the City of Norton and town of Wise.

13.     These ecological and recreational resources are particularly important and valuable because this area also has a long history of being heavily exploited for its coal, natural gas, and timber. This is true on public and private land. The Clinch Ranger District has historically produced among the highest volume of timber for Districts on the Jefferson National Forest. For members of The Clinch Coalition and countless others, this area of the Jefferson National Forest is a treasured refuge and a "forest oasis" amidst a great a deal of land that has been cleared for strip mines and logging.

14.     The Clinch Coalition has approximately 300 direct members, most of whom live and work in Southwest Virginia and recreate on the Clinch Ranger District and the Jefferson National Forest in general. The Clinch Coalition's represents community members with a variety of backgrounds and interests: they are hikers, students, teachers and professors, farmers, business people, birdwatchers, and lovers of the outdoors. Our members have strong professional, recreational, and aesthetic interests in preserving our national forests and other public lands, as well as the process by which land-management decisions are made there. And for those of us who are older and unable to hike and explore as we did when younger, the Forest still provides important scenic and environmental value. We remain strong advocates for protecting and preserving our natural heritage for future generations.

15.     Members and staff of The Clinch Coalition enjoy recreating in the Southern Appalachian national forests in and around Southwest Virginia. They enjoy fishing, hunting, birding, hiking, mountain biking, trail running, camping, scenic driving, studying nature, and learning outdoor skills. TCC members engage in all of the things that a healthy forest offers. I have long been an avid hiker, and in my later years found a love of kayaking on Bark Camp Lake and the Clinch River, observing herons, eagles, and migrating geese. My age has limited my more adventurous outdoor activities, like backpacking, but I still frequent recreation areas and assist with organizing activities, such as trail maintenance, to protect and preserve our forest.

16.     The Clinch Coalition works to protect a number of ecological and social resources that are present on the national forests, including old-growth forests, rare ecosystems and forest types in the area, rare native plants and animals and their habitats, large unroaded areas, clean water, and opportunities for recreation. The sites that are most valuable for these resources (and which are at most risk due to logging) occur throughout the Clinch District and the Jefferson National Forest, but there are no complete inventories for where or to what degree they occur. Many of our members, as well as other local residents, have personal knowledge of specific areas where such resources exist and are most important. When the Forest Service proposes logging projects in areas containing such resources, The Clinch Coalition and its members routinely share this information with the Forest Service though NEPA comments.

17.     Participating in the NEPA process is a key component of The Clinch Coalition's work to protect the Clinch Ranger District and the Jefferson National Forest. On numerous occasions, the Forest Service has proposed activities in habitat that is rare, fragile, and easily damaged, and in many cases, the NEPA process has enabled the Clinch Coalition to successfully argue for the protection of sensitive resources.

18.     The Clinch Coalition has a number of concerns that can arise during timber harvests and associated road building and often negatively impact a variety of forest resources, including old growth forest, rare species and forest types, sensitive soils, water quality, and aquatic species in nearby creeks and streams. In addition, vegetation management projects often include the use of herbicides and prescribed fire, which can impact the aesthetic values of the JNF and, if improperly used, can negatively impact biological resources as well. Prescribed fires can encourage the spread of invasive species, one such being Autumn Olive. TCC is one of several volunteer groups that has been called upon to help with efforts to eradicate this invasive plant on our beloved national forest lands.

19.     The Clinch Coalition has developed a deep knowledge of the Jefferson National Forest and its natural systems. TCC is fortunate to have all-volunteer Governing and Advisory Board members who bring their professional knowledge and experience to TCC and our efforts to protect our public and private lands in Southwest Virginia.  Several of our members are even retired Forest Service employees from the Clinch District. Our collective knowledge is built upon the personal connections that our staff and members have with specific locations across the forest. In addition, several of our members have professional expertise in natural sciences with a focus on High Knob and this area. For example, Wally Smith, our Vice President, is a biologist with particular expertise in the effects of land management on amphibians. He has a Ph. D. in Biological Sciences and is an Associate Professor of Biology at the University of Virginia's College at Wise. Field research with his students, often in the Clinch Ranger District, brings vital information on species habitats. Wayne Browning is a climate researcher with a particular interest in the High Knob landform and other areas on the Clinch District. He has a degree in Biology from the University of Virginia's College at Wise and a Master of Science degree in

7

Geosciences with a focus on meteorology and climate. He has been an adjunct professor at the University of Virginia's College at Wise, teaching field studies in microclimatology. He also developed the Appalachian Climate Center, which focused on climate research on High Knob. Phil Shelton is a retired professor of biology, geology, and environmental science from the University of Virginia's College at Wise, with a particular interest and expertise in birds. He taught courses in biology, land restoration, ecology, and zoology. Two Advisory Board members, David Skinner and Jessica Bier, are retired USFS employees with their last assignments being the Clinch Ranger District.  They are the primary authors of TCC's comments on logging proposals. They also provide on-going advice on forest-related issues and concerns.

20.    In light of the expertise and on-the-ground knowledge of our members, The Clinch Coalition's participation in the NEPA process generally focuses on reviewing environmental impacts to specific locations on the forest and the biological communities they support. Our participation in the NEPA process generally concerns the questions of where and how this work should (or should not) be done and whether the Forest Service has properly considered the impacts of its proposed actions, as well as possible mitigation measures and alternatives. On priority projects, we regularly analyze Forest Service project proposals down to the stand level. And where the Forest Service proposes vegetation treatment that is unnecessary or which poses unnecessary risks to forest resources like old growth, water quality, rare species, and habitat connectivity, we aim to alert the Forest Service to these risks and fill in the gaps in the agency's analysis.

21.    The Clinch Coalition's involvement in a project begins when we first hear that the Forest Service is considering or developing a project. This often comes from a so-called "scoping notice" from the Forest Service. We have requested to be on the NEPA list (which is

8

maintained by the Forest Service) for projects affecting the Clinch District. As interested parties, the Forest Service must let us know about projects. However, we sometimes hear about projects through the grapevine before scoping because of staff and member relationships with Forest Service staff. Once we become aware of a project that may implicate The Clinch Coalition's interests, whether it's proposed as an EA or CE, we circulate the available information to our membership and others who may be interested.

22.    The Clinch Coalition is currently engaged on a variety of proposed USFS projects that are still undergoing NEPA analysis. In 2021, the Devils Hens Nest Vegetation Project was announced and called for public comments.  This project, if carried out in its initial design, would encompass the largest number of acres to ever be commercially logged in the District. TCC submitted extensive comments written by two Advisory Board members who are both retired from the USFS and were employed on the Clinch District. Our comments called for more detailed project scoping information and pointed out numerous concerns and issues with the project as presented. Specifically, our field surveys found old growth forest in the project area. The Clinch Coalition repeatedly asked for these findings to be made available and in the Spring of 2024, some of the raw data were provided.  During this time period, an interim Ranger told TCC that the Devils Hens Nest project was being scaled back.  At this time, we do not know the status of the Devils Hens Nest project although we regularly ask for updates. Since 2021, I have personally participated in two scouting trips to the project area, and I continue to monitor the area as necessary until implementation begins. If this entire process had been truncated into the 30-day window normally associated with scoping under CEs, I would not have been able to adequately familiarize myself with the impacts that this project proposal risks. So far, the Forest Service says it expects to use an EA for this project, and as the project is still under review, TCC

9

intends to remain involved in the NEPA process as it moves forward. But if the Forest Service were to instead use CE 25, there would not be a requirement to fully analyze the impacts, and therefore there would be no further opportunity for TCC to advocate for improvements to protect rare and unique values.

23.     Given our reliance on the NEPA process to fulfill our organizational mission, The Clinch Coalition has been engaged on the Forest Service's process to develop the Final Rule. In 2019, The Clinch Coalition signed on to comments submitted by The Wilderness Society, the Western Environmental Law Center, and the Southern Environmental Law Center. Attached to the latter was a comprehensive analysis of Forest Service projects completed between 2009 and 2019 in the Southern Appalachian National Forests, including the Jefferson National Forest. This analysis showed the environmental benefits of the NEPA process under the previous Forest Service rules.

24.     The EA process is the reason that these improvements occur during a project's development. With its large window for public involvement and volume of informational and analytical output from the agency, the EA process shows the public what the Forest Service is thinking and what it is aware of, and it enables stakeholders to provide rigorous feedback, including showing the Forest Service what it is missing. Fortunately, the Forest Service often uses that information to supplement its analysis and modify the project, such that the project is acceptable to The Clinch Coalition. In the circumstances where that is not achieved, Forest Service regulations provide another important opportunity for The Clinch Coalition to articulate its concerns and for the Forest Service to "get it right": specifically, members of the public have the opportunity to file a pre-decisional objection to the Forest Service's draft decision notice and EA.  When we do this, we are having a conversation with the agency. It tells us in the final EA

10

how it is thinking about our prior comments. This "response to comments" allows us to see where we have misunderstood each other or how we may be assessing risks differently, which enables us to clarify our remaining concerns in the most persuasive way possible. In short, the communication that is facilitated by NEPA helps to resolve conflicts over Forest resources and improve outcomes during project development.

25.    Projects developed under categorical exclusions do not provide the same opportunities for The Clinch Coalition and other members of the public to analyze the potential impacts, to provide detailed feedback, and to develop alternatives or mitigation strategies that can help the Forest Service achieve the goals of the project while avoiding unnecessary environmental harm. Specifically, we don't get to see the Forest Service's draft analysis or provide comments on it. We also don't get to see the agency's response to our comments in the final EA. And we don't have the opportunity to object before the decision is finalized.

26.    Moreover, CE projects typically provide a single 30-day scoping period in which public comments are allowed (although there is no requirement that even that long of a notice period be provided). Again, it is all but impossible for an organization as small as The Clinch Coalition that relies heavily on volunteers, and often coordinates with other organizations, to gather the necessary information, analyze impacts, and write comments in a short window of time. Moreover, with a CE we aren't starting with the agency's analysis and then filling in gaps; instead, we're doing everything from scratch. Comparatively, for projects developed under EAs, The Clinch Coalition can utilize the window of time between scoping and publication of the draft EA to prepare surveys, conduct scientific analyses, and communicate with our members. This additional time allows us to develop a more comprehensive analysis of a project area, whereas under the limited timeframe for CEs, we must necessarily pick and choose which locations and

11

resources within a project area to focus our analysis. The Clinch Coalition formed to be able to engage with Forest Service decision-making from the beginning of the review process, not simply to react to projects. CE projects shift us back to a reactive phase, which is a weaker position to protect TCC's and our members' interests.

27.     There are other ways in which the more limited opportunities for public involvement under CEs make it more difficult for The Clinch Coalition to accomplish its organizational mission. For example, we hold board meetings monthly which are open to all members. The frequency of our public outreach efforts is primarily determined by our limited staff capacity and resources. Accordingly, projects developed under CEs can in some cases go through an entire scoping period during the time in between our volunteer meetings and newsletters. This makes it difficult for The Clinch Coalition to inform our members about projects that may directly impact their interests with enough time for them to provide meaningful input to the Forest Service.

28.     The Final Rule provides two "limitations" on the Forest Service's use of its new 2,800-acre timber harvest CE: (1) projects developed under this CE must be primarily for a "restoration" purpose, and (2) and they must be developed "collaboratively." Neither of these purported limitations ameliorates the increased risk of harm to forest resources on the Jefferson National Forest or the harm done to The Clinch Coalition and its members.

29.     To be sure, we do see the value of true collaboration, in which dialogue produces better projects, and we aim to have constructive interactions with the agency. The Clinch Coalition has long strived to contribute directly to the protection of the forest and work directly with the Clinch District staff to provide recreational opportunities, maintain trails, plant native seeds, and clear invasive plants. However, recently, the agency's high turnover rates have

impeded our ability to forge the meaningful relationships upon which collaboration depends.

Indeed, communication with the agency has been increasingly strained. We have struggled to set

meetings up with staff as the agency has been increasingly unresponsive and inaccessible.

30.     We are also concerned about the dedicated time and resources that true

collaboration on every timber project could require. True collaboration involves meetings and

field trips. This takes The Clinch Coalition and its members a lot longer than reviewing an EA,

even if the EA indicates the need for additional fieldwork by The Clinch Coalition. We have

grave concerns about whether we could afford such involvement for most if not all projects,

particularly with the likelihood that multiple projects could be moving forward at once. We rely

primarily on the efforts and expertise of volunteer members to engage on projects, and it can be

difficult for those members to attend the many meetings and calls that are necessary for

collaboration. This is particularly true for meetings that occur on weekdays, either during the

workday or starting right after the end of the business day. Yet missing a meeting can mean

missing the opportunity to participate in that topic. Phones and computers cannot solve all of

these issues either given the unreliability of internet and cell service for some members. If

participation poses this many difficulties for passionate volunteers already working within an

organization, it is hard to imagine the difficulties that true collaboration could pose for

individuals interested in a project. Such time-intensive collaborative efforts detract from The

Clinch Coalition's other initiatives to protect the forest and develop recreational opportunities

that that are safe, maintained, and beneficial to local economies.

31.     Even overlooking the logistical difficulties, collaborative discussions are not the

equivalent of participating through EA comments. EA projects and the associated comment

period provide The Clinch Coalition with the time needed for outreach, communication,

13

research, fieldwork, and analysis, as well as the ability to present concerns and provide well-researched, detailed, thoughtful feedback on those issues. While meetings, calls, and conversations with the Forest Service and other stakeholders can be constructive, they in no way provide us with the above.

32.     Second, the Final Rule's limitation on the use of the 2,800-acre harvest CE to "restoration" projects changes very little because the Forest Service already characterizes timber harvests on the Clinch District and Jefferson National Forest as restoration.

33.     In addition, The Clinch Coalition will be harmed because the Forest Service will no longer be providing us with information that we are entitled to under NEPA and rely on. As explained above, TCC has requested to receive NEPA documents, which provide information about projects we have an interest in. We relay that information to our members and the public more broadly. That information is valuable because it shows the public what resources are at stake. Public attention and scrutiny generated by this transparency is often all it takes to change a project for the better. Without the information we are entitled to under NEPA, we will be less effective at educating and organizing the public.

34.     Furthermore, without receiving this information and getting the benefit of having an informed conversation with the agency through NEPA, we will not be able to achieve our organization's founding purpose of protecting national forest resources unless we  shift scarce organizational resources to make up for the loss. For example, our staff and volunteers will have to spend more of their time in the field and conducting our own analysis trying to understand each project's impacts to soil and water. In addition to analysis, we will also need to spend additional time and resources to simply obtain the basic information that would have been supplied in an EA. This will require The Clinch Coalition to file more requests for information

14

under the Freedom of Information Act (FOIA) to access the information that the agency will create for its internal use but will no longer be required to provide to the public, such as information about how much timber and what kinds of trees are in each stand to be logged. Indeed, in anticipation of changes to applicable NEPA rules, The Clinch Coalition has already filed a FOIA request for information it would normally obtain through the NEPA process. On July 28, 2020, The Clinch Coalition filed a FOIA request with the Forest Service requesting to make up for the loss of information we anticipated in connection with three then-upcoming Forest Service projects: Ewing Mountain Vegetation Management Project (Mount Rogers National Recreation Area); Eastern Divide Insect and Disease Project Phase II (Eastern Divide Ranger District); and JNF Crown Touching Release project (forestwide project for the Jefferson National Forest).

35. When the new CEs are in use, we will have to file these kinds of requests routinely. If we wait until a project is initiated under a new CE, it is unlikely we will receive responsive documents within the time needed for us to interpret and incorporate them into scoping comments (if we receive them during the scoping period at all). Our only option, therefore, would be to file FOIA requests early, try to learn about where projects are being prepared, and do our own due diligence about the risks and opportunities in those areas, just so that we can inform the public and advocate to the agency about how to avoid unnecessary impacts. In a nutshell, the Final Rule will force The Clinch Coalition to either accept that harmful logging and roadbuilding will be included in projects and that those harms will not be analyzed and disclosed to the public, or we will have to spend our own time and resources to make sure that we and the public and the agency know what those harms are and can avoid them. And, as explained above, we would have to expend these resources before a project is even

15

scoped (and, consequently, before we even know whether the agency intends to use a CE or not) because waiting for scoping will be too late. The reality is that The Clinch Coalition does not have the resources to step into the shoes of a federal agency by doing its own information gathering, groundwork, environmental analysis, and advocacy before every project is scoped. So, as a practical matter, the result will necessarily be unnecessary harm to forest resources. Still, we will have no choice but to try to fill the gaps; otherwise, our founding purpose will go unmet. This will be a sad choice for us to make, because it will take away our ability to spend time and effort on our other programs, such as educating and cultivating the next generation of forest advocates.

36.    The Final Rule causes harm to TCC's members' efforts to protect and preserve the rich biodiversity of the Clinch Ranger District, further complicates our efforts to monitor and ensure best management practices for logging in the national forest, and further limits public awareness and involvement.

37.    The Clinch Coalition and its members rely on the NEPA process to engage in the Forest Service's decision-making process. Consequently, The Clinch Coalition and its members will suffer concrete and particularized injuries to interests that are imminent now that the Final Rule has taken effect.

38.    The injury to The Clinch Coalition and its members would be redressed by an order from this Court vacating the Final Rule.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Executed this ___18th___ day of _November_, 2024.

16

Sharon Fisher

17