UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA


LIST OF PLAINTIFFS,                          )
                                             )
                    Plaintiffs,              )
                                             )
         v.                                  )
                                             )                Case No.
UNITED STATES FOREST SERVICE and             )
COUNCIL ON ENVIRONMENTAL                     )
QUALITY,                                     )
                                             )
                    Defendants.              )
_____       )


DECLARATION OF WAYNE BROWNING

I, Wayne Browning, declare as follows:

1.      My name is Wayne Browning, and I live in Clintwood, Virginia. This declaration

is based on my personal knowledge, professional education and field research, and belief. I am

over the age of eighteen (18) and suffer from no legal incapacity. I submit this declaration in

support of The Clinch Coalition ("TCC"), which is one of several organizations challenging new

regulations promulgated by the United States Forest Service ("USFS").

2.      The Clinch Coalition is a 501(c)(3) nonprofit public interest organization based in

southwestern Virginia, with its principal place of business in Wise, Virginia. I am a former

board member, and current advisor, and have been working with The Clinch Coalition for

nearly twenty years. I am familiar with The Clinch Coalition's work, mission, and membership.

I have lived in this area my entire life and am intimately familiar with the landscape. I worked

for the Forest Service on the Clinch Ranger District as part of their Timber Management crew

during the 1980s. As part of work on my B.S. in Biology at UVA-Wise, I conducted field

research in climatology within the High Knob Massif area in the late 1980s and 1990s and have continued the research in a more limited capacity since. I also performed field research in graduate school which was centered in the Big Cherry Lake and High Knob Lake basins of the massif in the Jefferson National Forest. My research focused on microclimatology, and specifically, the development of nocturnal cold air pools and boundary layer decoupling in high mountain basins. This research continues today. I was trained and certified as a Virginia Master Naturalist in 2016 and began accompanying Dr. Philip C. Shelton, Professor Emeritus of UVA-Wise, on breeding bird surveys in the Jefferson National Forest during 2017. I continue to do official breeding bird surveys on the Clinch Ranger District at present. I have also recently participated in the USDA attempt to better define mature and old growth forests.

3.      The Clinch Coalition (TCC) currently has staff members who work part-time to move the organization forward in the most positive ways possible. TCC works closely with many groups, agencies, and the public. TCC is establishing a Steve Brooks Legacy Fund and Internship to honor this priceless co-founder of the group who recently passed. The Clinch Coalition members volunteer their time to assist with the majority of work done by The Clinch Coalition.

4.      The Clinch Coalition is a community-based association of individuals whose mission is to protect and preserve the forest, wildlife, and watersheds of the Jefferson National Forest and surrounding communities for present and future generations. We believe that appreciating, understanding, and protecting our environment is essential to improving our quality of life, health, and wellbeing.

5.      To defend these precious lands, TCC regularly engages with the Forest Service. Most significantly, we participate in all aspects of the NEPA process for projects which have the potential to affect our interests. Specifically, the Coalition will gather information, survey lands

included in project areas, and submit comments to the agency. These various activities largely occur under the framework of Environmental Assessments (EAs) normally offered by the Forest Service for its commercial timber program.

6.    The need to protect the national forest here is critical. High Knob and the surrounding area, known as the High Knob Massif and its extended landform (High Knob Landform or Powell Valley Anticline), is ecologically significant on a local, regional, and even global scale. It is part of a large and extremely valuable network of connected southern Appalachian forests which provide clean air, clean water, recreation, and critical habitat for an incredible diversity of wildlife and flora.

7.    High Knob is a tectonic mountain and, by definition, a sedimentary massif which rises on the Appalachian structural front as part of the largest and most dominant anticline of the geologically famed Cumberland Overthrust Block. Geologically, High Knob represents a massive hanging wall block that has been folded across both single (its eastern extent) and multiple (central-southwestern extent of massif) tectonic ramps as part of ancient Appalachian deformation. Folding has generated steep to overturned stratigraphy along both the northwestern and southeastern flanks of the massif. The massif also contains the deepest cave systems east of the Mississippi River in North America, and longest in Virginia.

8.    Topographically, the High Knob Massif is one of the largest singular mountains in the Appalachians and possesses the most mountain-top lakes and wetlands known along the entire mountain chain. These mid-upper elevation lakes and wetlands exist within complex terrain dissected within the mountain-top and occur in association with a vast array of microclimates. Field research has discovered, for example, that Big Cherry Lake basin contains some of the coldest valleys in Virginia and can occasionally generate the lowest winter

temperatures in the southern Appalachians — reaching 12 degrees (F) below zero during January 2024 on the basin floor (as a recent example of the coldest in the southern Appalachians).

9.      Climatically, the location of the High Knob Massif-Landform on the western front of the Appalachians, at the head of the open expanse of the Tennessee Valley, makes this area the wettest and snowiest in Virginia. This is accentuated by mean annual air flow trajectories which reveal a low-level flow from the Gulf of Mexico through the open expanse of the Tennessee Valley into the High Knob Massif-Landform (with limited moisture extraction by downstream mountains of significant height).

10.      Mean wetness combines with the exposed location of the High Knob Massif to significantly influence microclimates that exist across the area. During Summer 2024, as a most recent example, the mean Meteorological Summer (June-August) temperature of 64.3 degrees (F) on the floor of Big Cherry Lake basin was cooler than the National Weather Service cooperative station mean of 65.7 degrees (F) observed at the summit of Snowshoe Mountain, West Virginia. A total of 55% of the time during the June-August 2024 period featured climatic conditions on the floor of Big Cherry Basin which were different from the overlying-surrounding atmosphere. Summer maximums reached 82 to 86 degrees along the basin floor while minimums dipped into the 30s during June and August. The high basin of Big Cherry also had a mean temperature that was cooler than the Burkes Garden National Weather Service cooperative station (66.4 degrees (F)) during Summer 2024. Although any given night can be colder in either of these high mountain basins, mean night-time temps have consistently been colder in Big Cherry Lake basin since recording started in 2016 (to illustrate this significance).

11.      Collectively, the combination of geology, topography, hydrology and climatology-microclimatology generates a setting full of gradients supporting rich biological diversity that allows the High Knob Massif-Landform to be a major hot spot for rarity and

richness of limited range species within the continental United States. In other words, the High Knob Massif requires incredibly focused and specific analysis to responsibly manage. It is not a place for cookie-cutter logging. Historically, public engagement under the EA process has been instrumental in ensuring that the Forest Service conducts such management.

12.    I have been intimately involved in research about these various attributes of the forest throughout my career. Currently, I live adjacent to the High Knob and Pine Mountain areas of the forest. On average, I visit the Jefferson National Forest twice a week in both my personal and professional capacity. I estimate that throughout the course of my career, I have visited the forest thousands of times to conduct research, survey, and better understand the fine scale at which resources occur here.

13.    I am deeply concerned about the Forest Service's recently promulgated categorical exclusions. Widespread use of them will be catastrophic for the areas of the forest which I depend on for my wellbeing and livelihood. To give a basic example, a single 2,800-acre logging project in the High Knob area could include many natural communities. To responsibly plan projects on the forest in accordance with relevant laws, each of these ecosystems must be analyzed in detail, and in most cases, should incorporate local knowledge from scientists, community members, hunters, anglers, hikers, and other folks who regularly use the forest — even those whose perspectives I may disagree with. Without the normal, rigorous EA requirements of NEPA in place, the public — and thereby valuable information about the forest — will be excluded from the project planning process.

14.    The High Knob Massif-Landform and adjacent Pine Mountain contain unique natural communities and remnants of old-growth forests. In addition, the wet climate of the High Knob Massif allows unique northern hardwood and mesic forest types to predominate at mid-upper elevations. This supports many species of flora and fauna having northern affinities,

including many bird species whose main breeding ranges are far to the north across the Great Lakes, New England, and Canada. In other words, the High Knob Massif essentially represents a sky island, where species with northern affinities can live far south of their main home range. Specifically, the Clinch Ranger District is part of a finger of sky islands extending southward along the spine of the Appalachians — collectively forming the most biologically diverse region of comparable size in the continental United States. The High Knob Massif and adjacent crestlines of the severely disturbed Black Mountains represent the northwestern-most sky islands in the southern Appalachians.

15.    That these sky habitats may be unique has been exemplified by the discovery of Hermit Thrushes (*Catharus guttatus*) during summer within both the High Knob Lake and Big Cherry Lake basins of the High Knob Massif during the course of a decade or more. These would be the lowest elevations (3100-3900 feet) of consistent occurrences which have been reported along the southern Appalachians for this species.

16.    As yet another example of many, large populations of Synchronous Fireflies (*Photinus carolinus*) have been documented in High Knob Lake and Big Cherry Lake basins during recent years at elevations above 3000 feet. Some of my most special memories involve watching these creatures and the amazing light display they put on. My experience observing them is dependent on an in-tact and healthy forest. Especially troubling is that numerous of these firefly-watching experiences have taken place in areas deemed suitable for logging under the Jefferson National Forest Plan. With the promulgated CEs in place, there is little to nothing to stop the Forest Service from severely degrading these sacred locations.

17.    Without question, these areas of the High Knob Massif (and highest crestlines of adjacent Black Mountain) should be conserved and protected as buffers against changes in climate and as unique refuges for biodiversity. Numerous endemic and adjunct species of both

flora and fauna also occur here, despite incomplete and limited surveys by professionals in the field, and many terrestrial and subterranean species are yet to be discovered. Until these areas have some sort of permanent protection, the NEPA process (specifically, analysis of potential impacts, public input to ensure that the analysis is accurate, and accountability through transparency) is the only real backstop to protect their unique values.

18.    To even consider limiting public and professional input via the use of a CE on an area up to 2,800-acres in such a richly diverse landscape as the High Knob Massif-Landform is pure insanity. The bottom line is that this is nothing more than a form of censorship for The Clinch Coalition and every individual who is concerned about our National Forest lands. Both those in favor of these projects, and those opposed to these projects, or any portion of them, must always have the ability to completely address their concerns. These opportunities should be allowed in the earliest stages of any future ideas for projects, such that projects can be guided in best possible ways, as well as in later project stages so that our understanding of the risks can be concrete and well informed.

19.    In the past, I have been heavily involved in The Clinch Coalition's engagement on various Forest Service projects. For example, from 2016 through 2019, The Clinch Coalition participated extensively in the NEPA process for the Nettle Patch Vegetation Management Project. The Nettle Patch Project was proposed as a major timber sale on the Clinch Ranger District. Throughout the NEPA process, The Clinch Coalition informed the USFS of the unacceptable impacts of the proposed action and the inadequate analysis supporting the agency's proposals. Ultimately, after we filed a formal objection, the Forest Service agreed to drop over 800 acres of commercial logging (comprising around 60% of the project) and all 1,500 acres of controlled burn, which had been proposed in inappropriate ecosystems. The agency also agreed to significantly increase stream buffers, monitor for sedimentation, limit logging on

steep slopes, analyze the road system in the area, protect old growth forest and green salamanders (a Sensitive Species), and share information with the public throughout implementation.

20.     In 2018 and 2019, I assisted with the Coalition's comments on the Turkey Cove Ruffed Grouse Habitat Improvement Project, in which the USFS proposed a variety of management activities and commercial timber harvest on the Clinch Ranger District. The Clinch Coalition intends to monitor implementation of this project to ensure that it complies with the NEPA decision notice. The Timberdoodle Stewardship Project is authorized under the Decision Notice for the Turkey Cove project. The logging plan for the Timberdoodle project encompasses approximately 280 acres and its purpose is to increase habitat for the ruffed grouse. Members of The Clinch Coalition had a conversation with the head of the local Ruffed Grouse Society, which was designated by the District to manage this project, to encourage best management practices. TCC has repeatedly asked the District for updates to this project. At this time, we are not aware of a commercial logging company making a bid on the project.

21.     Also in 2019, The Clinch Coalition commented on the scoping notice for the proposed Ewing Mountain Vegetation Management Project, in which the USFS proposed to improve wildlife habitat and forest conditions in the Ewing Mountain area of the Mount Rogers National Recreation Area. The purported scoping notice for that project was woefully general and failed to disclose what actions the Forest Service was actually considering and where. Ultimately the Draft and Final EAs for the project included 1,782 acres of timber harvest, which could have qualified for the 2,800-acre CE. If the project had been authorized under a CE, The Clinch Coalition would not have had enough information to understand the potential impacts of the project, including: risks to public safety and water quality posed by some of the clearcut

units and temporary roads; potential impacts to critical habitat for the endangered candy darter; and potential impacts to municipal water sources for Austinville.

22.    Most recently, the Devils Hens Nest (DHN) Vegetation Project was announced in May 2021 and is the current proposal on the Clinch Ranger District that is a major concern for TCC in the High Knob Massif. The project area includes a proposed 133 units and 2,637.7 acres of total harvest. This would be below the 2,800-acre CE threshold, which is simply ridiculous to even consider in such a biologically rich area where environmental and climatic gradients generate fine-scale diversity changes associated with this complex, three-dimensional terrain. I have been heavily engaged in monitoring, analysis, and engagement for this project. Initially, I worked to extract data hidden by the USFS in a released file for Google Earth that otherwise would have been unknown to TCC and the general public. I calculated project statistics and did presentations to highlight the information discovered. Subsequently, I aided two field trips to view different portions of the project area during June and September of 2021. Most recently, on 4 April 2024, I led a field trip for TCC allies to view a biologically diverse mid-upper elevation cove in the project area which is surrounded by proposed extraction units.

23.    This kind of involvement is at the heart of NEPA. The EA process, in particular, facilitates public engagement during a project's development. With its larger window for public involvement and greater volume of informational and analytical output from the agency, the EA process enables stakeholders to provide more rigorous feedback about Forest Service proposals. Fortunately, the Forest Service often uses that information to supplement its analysis and modify the project, such that the project is acceptable to The Clinch Coalition, or at least somewhat better than it would have been. In short, the communication that is facilitated by an EA helps to resolve conflicts over Forest resources during project development — before resources are permanently affected.

24.    Projects developed under categorical exclusions do not provide the same opportunities for The Clinch Coalition and other members of the public to analyze the potential impacts, to provide detailed feedback, and to develop alternatives or mitigation strategies that can help the Forest Service achieve the goals of the project while avoiding unnecessary environmental harm.

25.    Additionally, for CE projects, the Forest Service provides significantly less information and analysis to the public. Whereas EAs provide access to Forest Service analysis of impacts to soil, water, biological communities, and cultural resources, CEs are essentially a black box. Frequently, the scoping notice will not even provide information about which stands are being proposed for management. This information is vital; it enables us to hone our surveys and analysis on the areas of greatest concern, such as the locations of sensitive soils, rare species, unique biological communities, and threatened waterways. Moreover, CE projects generally provide a single 30-day scoping period in which public comments are allowed. Due to the site specific and ecological variation in the Clinch District, it is all but impossible for an organization as small as The Clinch Coalition that relies heavily on volunteers, and often coordinates with other organizations, to gather the necessary information, analyze impacts, and write comments in a short window of time. Comparatively, for projects developed under EAs, The Clinch Coalition can utilize the window of time between scoping and publication of the draft EA to prepare surveys, conduct scientific analysis, and communicate with our members. This additional time allows us to develop a more comprehensive analysis of a project area, whereas under the limited timeframe for CEs, we must necessarily pick and choose which locations and resources within a project area to focus our analysis.

26.    In sum, the recently promulgated CEs destroy the public's ability to offer informed comment on proposed projects and will inevitably cause the Forest Service to

overlook important ecological information which would otherwise be available. Most troubling: organizations like the Coalition will not even be able to verify which information and resources they have overlooked until after it is too late—that is, after logging or roadbuilding have already been carried out.

27.   I am concerned about the impact that these categorial exclusions will have on the forest because of global changes in climate. I am also concerned about the potential cumulative impacts of widespread logging throughout the mountain region, which will exacerbate human forcing of changes via the loss and release of stored carbon.

28.   Under an EA, the Forest Service is required to meaningfully consider the wide range of cumulative impacts which can stem from a project proposal. This is of particular importance in such a wet location as the High Knob Massif. Both the Big Stone Gap Water Plant (mouth of South Fork of Powell River Gorge) and the City of Norton Water Plant (northern base of massif) have observed the highest mean annual precipitation amounts ever documented in Virginia over a period of a decade or more, with unofficial recording at Big Cherry Lake Dam (as part of field research) observing the greatest mean annual precipitation amounts ever observed in both Virginia and Kentucky. Additionally, by far the highest annual and individual storm snowfall and snow depth totals documented in the state of Virginia have been observed at upper elevations in the High Knob Massif (30-years of snowfall data) where every snowfall record in Virginia has (unofficially) been broken one or more times.

29.   Hurricane Helene has offered a visceral example of how areas which have been subjected to logging are especially sensitive to windthrow and flooding from severe storms. Powerful storms like Helene have occurred periodically throughout the history of the southern Appalachians, with literally tens of thousands of feet (miles) of vertical strata having been removed by weathering and erosion across time from the mountain chain (including the High

Knob Massif-Landform). Catastrophic events like Helene are certain to continue given their occurrences across many millions of years.

30.    Irresponsible logging also causes sedimentation and erosion that ultimately pollutes critical waterways in the District. The Clinch River Watershed is ecologically amazing and complex. The EPA has even recognized the Clinch River area as the most biologically diverse aquatic system in the country. Specifically, the Clinch River has more species of endangered and rare freshwater mussels than anywhere else in the world. Not surprisingly, other conservation groups like The Nature Conservancy have identified this area as a key stronghold for biodiversity, water quality, and long-term ecological resiliency. Importantly, in this steep, rugged, and mountainous terrain, The Clinch Coalition remains wary of ground disturbance on steep slopes and/or erodible soil types, in large part because it can increase sedimentation, which is an even bigger problem when it affects waters that Virginia has already placed on its 303(d) list as impaired for sediment.

31.    Additionally, the complex terrain characteristic of the southern Appalachians is among the most landslide-prone areas in the entire country and has had major landslides in the past. A myriad of factors including slope, soil composition, and weather exposure can influence a particular area's susceptibility to landslides. It is critical that the Forest Service understand the risks of such events *before* moving forward with logging projects and roadbuilding which exacerbate the risks of such events, and indeed can even spark them.

32.    The stakes of the Forest Service understanding this are very high. Tragically, a July 2001 flood in the Big Stony Creek watershed of the High Knob Massif triggered debris slides from the fill slopes of a log landing, and a temporary road, as well as from natural slopes. This resulted in at least 27 known landslides in the drainage and the death of an elderly man, as well as extensive property damage. More recently, extensive tree damage and local erosion

occurred from the passage of remnants of Hurricane Helene. Such catastrophic events, as previously noted, are certain to continue to occur into the future as they clearly have occurred throughout the past. This absolutely, and without question, makes intact forest headwater locations like the High Knob Massif, where streams and creeks originate, invaluable for mitigating future impacts of coming catastrophes.

33.    Destroying an important, localized rare resource to increase another that can be created anywhere (namely, freshly logged forests that some common species use as habitat) is not restoration. In the case of Nettle Patch, for example, logging to create so-called "early successional habitat" would not constitute restoration if it increased sedimentation into a river already impaired for sediment, or if it converted rare northern and mesic hardwood forests into an uncharacteristic forest (for this area) dominated by red maple species. Similarly, prescribed fire on a dry pine forest on Picken Mountain might constitute restoration, but that same activity would not constitute restoration in mesic forests across the High Knob Massif where prescribed fire is ecologically inappropriate, as it may damage many of the species associated with these diverse forests. In short, site-specific conditions matter; what constitutes restoration at one site constitutes damage at another. The Forest Service has historically failed to recognize this.

34.    The Clinch Ranger District of the Jefferson National Forest is my home. I depend on it for my personal connection to the wild. It has indescribable intrinsic value, but it also offers particular benefits and enriches my life greatly. Logging and roadbuilding in the forest— especially when carried out in reckless, uninformed ways – diminish my ability to enjoy the Forest and conduct the studies that my research depends on. Specifically, closure orders that often accompany and follow logging projects will disrupt my ability to survey lands and gather necessary data about species and climatic patterns.

35.     In short, the Jefferson National Forest is an ancient mountain land. It informs my identity and is vital to my overall well-being as well as that of many of my friends and relatives. The Clinch Coalition and its members rely on the NEPA process to engage in the Forest Service's decision-making process. Consequently, The Clinch Coalition and its members will suffer concrete and particularized injuries to interests which are imminent now that the Final Rule has taken effect.

36.     The injury to The Clinch Coalition and its members would be redressed by an order from this Court vacating the Final Rule.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Executed this _18_ day of _November_ 2024.

Wayne Browning
Wayne Browning