**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**BIG STONE GAP DIVISION**

| | |
|---|---|
| THE CLINCH COALITION, *et al.*, | ) Case No. 2:21-cv-0003-JPJ-PMS |
| Plaintiffs, | ) FEDERAL DEFENDANTS' NOTICE |
| v. | ) |
| UNITED STATES FOREST SERVICE, *et al.*, | ) |
| Federal Defendants, | ) |
| and | ) |
| AMERICAN LOGGERS COUNCIL, *et al.* | ) |
| Intervenor Defendants. | ) |

**Federal Defendants' Notice Regarding the Department of Agriculture's Interim Final Rule**

Federal Defendants inform the Court that the U.S. Department Agriculture issued an interim final rule and request for public comment on the Department's modified regulations implementing the National Environmental Policy Act (NEPA). 90 Fed. Reg. 29,632 (July 3, 2025). The interim final rule revises, moves and republishes, or removes portions of the Department's existing NEPA implementing regulations, as well as adds new portions. *Id.* at 29,632. The interim final rule is relevant to this litigation in three ways.

First, the rule rescinds in full the Forest Service's NEPA implementing regulations, 36 C.F.R. Part 220. 90 Fed. Reg. at 29,635. Second, the rule retains and relocates the three Forest Service categorical exclusions (CEs) that are the subject of this litigation. 90 Fed. Reg. at 29,635; *see* 7 C.F.R. §§ 1b.4(d)(28), (46), (47). Third, the rule adds and clarifies procedures for evaluating extraordinary circumstances if a CE applies to a proposed action. 90 Fed. Reg. at 29,636; *see* 7 C.F.R. §§ 1b.3(e), (f).

The following table provides citations to the rescinded regulations and interim final rule, if applicable, for topics relevant to this litigation:

| Topic | Rescinded Regulations | Interim Final Rule |
|---|---|---|
| Applying CEs | 36 C.F.R. § 220.6(a) | 7 C.F.R. § 1b.3(e) |
| Extraordinary circumstances | 36 C.F.R. § 220.6(b) | 7 C.F.R. § 1b.3(f) |
| CEs that require a case file and decision memo | 36 C.F.R. § 220.6(e) | 7 C.F.R. § 1b.4(d) |
| Special Use CE | 36 C.F.R. § 220.6(e)(3) | 7 C.F.R. § 1b.4(d)(28) |
| Road CE | 36 C.F.R. § 220.6(e)(24) | 7 C.F.R. § 1b.4(d)(46) |
| Resilience CE | 36 C.F.R. § 220.6(e)(25) | 7 C.F.R. § 1b.4(d)(47) |
| Schedule of Proposed Actions | 36 C.F.R. § 220.4(d) | N/A |
| Scoping | 36 C.F.R. §§ 220.4(e), 220.6(c) | N/A |

Respectfully submitted on this 16th day of July, 2025.

        ADAM R.F. GUSTAFSON
        Acting Assistant Attorney General
        Environment and Natural Resources Division
        United States Department of Justice

        */s/   John P. Tustin*
        JOHN P. TUSTIN (Texas Bar No. 24056458)
        Senior Attorney
        Natural Resources Section
        P.O. Box 7611
        Washington, D.C. 20044-7611
        Phone:   (202) 305-3022
        Fax:      (202) 305-0506
        john.tustin@usdoj.gov

        ZACHARY T. LEE
        Acting United States Attorney

        KRISTA CONSIGLIO FRITH
        Assistant United States Attorney
        Virginia State Bar No. 89088
        P. O. Box 1709
        Roanoke, VA  24008-1709
        Phone:   (540) 857-2250
        Fax:      (540) 857-2283
        krista.frith@usdoj.gov