IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
July 30, 2025
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
DEPUTY CLERK

| | |
|---|---|
| THE CLINCH COALITION, ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:21CV00003 |
| THE UNITED STATES FOREST SERVICE, ET AL., | ) ORDER |
| Federal Defendants, | ) JUDGE JAMES P. JONES |
| and | ) |
| AMERICAN LOGGERS COUNCIL, ET AL., | ) |
| Intervenor Defendants. | ) |

Oral argument is scheduled on the parties' motions for summary judgment, ECF Nos. 137, 143, and 146, for August 11, 2025, beginning at 1:30 p.m., in Abingdon. The court will allow two and one-half hours (not including short breaks) for argument. The parties are directed to confer and provide the court no later than August 7, 2025, with an agreed distribution among the parties of that time.

Prior to the day of argument, each party is directed to provide the court with the name of counsel who is to present argument for that party, which notice may be by email to the courtroom deputy clerk, Felicia Clark, fclark@vawd.uscourts.gov.

It is so **ORDERED**.

ENTER: July 30, 2025

/s/ JAMES P. JONES
Senior United States District Judge