CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
December 03, 2025
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| THE CLINCH COALITION, ET AL., | |
| Plaintiffs, | |
| v. | Case No. 2:21CV00003 |
| THE UNITED STATES FOREST SERVICE, ET AL., | JUDGMENT |
| Federal Defendants, | JUDGE JAMES P. JONES |
| and | |
| AMERICAN LOGGERS COUNCIL, ET AL., | |
| Intervenor Defendants. | |

In accord with the Opinion and Order entered herewith, the Complaint is DISMISSED without prejudice for lack of subject-matter jurisdiction.

ENTER: December 3, 2025

/s/ JAMES P. JONES
Senior United States District Judge